LINQUET TECHNOLOGIES, INC. V. TILE, INC.

CASE NO. 3:20-CV-05153-JD


## SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT


# EXHIBIT F

Expert Declaration of Daniel W. Engels, Ph.D.

1  **FAEGRE DRINKER BIDDLE & REATH LLP**
   Helen E. Chacon (CA SBN: 293067)
2  1950 University Ave., Suite 450
   East Palo Alto, CA 94303-2279
3  Telephone: (650) 324-6700
   Facsimile: (650) 324-6701
4  Email: helen.chacon@faegredrinker.com

5  R. Trevor Carter (*pro hac vice*)
   Reid E. Dodge (*pro hac vice*)
6  300 North Meridian Street, Suite 2500
   Indianapolis, Indiana  46204
7  Telephone:     +1 317 237 0300
   Facsimile:     +1 317 237 1000
8  Email: trevor.carter@faegredrinker.com
   Email: reid.dodge@faegredrinker.com
9
   JD Schneider (*pro hac vice*)
10 1144 15th Street, Suite 3400
   Denver, CO 80202
11 Telephone: (303) 607-3500
   Facsimile: (303) 607-3600
12 Email: jd.schneider@faegredrinker.com

13 *Counsel for Plaintiff Linquet Technologies, Inc*

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17
   LINQUET TECHNOLOGIES, INC.,                Case No. 3:20-cv-05153-JD
18
                         *Plaintiff,*         **EXPERT DECLARATION OF DANIEL**
19                                            **W. ENGELS, PH.D.**
                 v.
20
   TILE, INC.
21
                         *Defendant.*
22

23

24

25

26

27

28

I, Daniel W. Engels, Ph.D., declare as follows:

## I.    INTRODUCTION AND SUMMARY OF OPINION

1.    I have been retained by Plaintiff Linquet Technologies, Inc. ("Plaintiff" or "Linquet") to offer certain of my technical opinions to-date regarding U.S. Patent No. 10,163,318 ("the '318 Patent") (ECF No. 1-1), the level of ordinary skill in the art, and the state of the art, in support of the Second Amended Complaint filed in the above-captioned matter (this "Matter") between Linquet and Defendant Tile, Inc. ("Tile").

2.    In my opinion, and as explained in more detail below, the '318 Patent claims are not directed to an abstract idea and are directed to a significant inventive concept.

## II.    EXPERT BACKGROUND INFORMATION

3.    I received my Bachelor of Science in Electrical and Computer Engineering, summa cum laude, from the University at Buffalo in 1992. I received my Master of Science in Electrical Engineering and Computer Science from the University of California, Berkeley, in 1995. I received my Ph.D. in Electrical Engineering and Computer Science from the Massachusetts Institute of Technology ("MIT") in 2000.

4.    I am currently the Head of AI, Cyber Security Science and Analytics for the Hong Kong and Shanghai Banking Corporation ("HSBC") in London, UK. I am also currently a Research Fellow at the Southern Methodist University ("SMU") AT&T Center for Virtualization. Formerly, I was the Director for the Master of Science in Data Science program at SMU and an Associate Professor in the Department of Computer Science and Engineering at SMU.

5.    From December 2000 to October 2003, I was a Research Scientist, Research Technical Supervisor, and Director of Protocols at the Auto-ID Center at MIT. And, from October 2003 to June 2005, I was the Director of Research at the Auto-ID Labs at MIT, the successor organization to the Auto-ID Center. As the third member of the team that formed the Auto-ID Center, I was responsible for developing an Automated Identification and Data Capture ("AIDC") technology agnostic architecture that connects physical objects to the Internet. The basic architecture that we developed in 1998 and 1999 became the EPC System under the Auto-ID Center, and subsequently the EPC System, or portions thereof, has been adopted for supply chain

management and other applications, such as automated toll roads, in a broad range of industries including the Consumer Packaged Goods ("CPG") industry and the military. The EPC System is usable with any AIDC technology that carries an Electronic Product Code ("EPC"). The EPC is an identification scheme integrated with the Global Trade Item Number ("GTIN") scheme that may be represented in many forms including alpha-numeric type, bar codes, or binary storage in electronic memory such as in a Radio Frequency Identification ("RFID") transponder. The EPC System encompasses a range of technologies and systems including the EPC identifier, RFID standards, data collection and management systems and servers, the Object Name System ("ONS"), and other standards and component technologies. The primary application of the EPC System is in supply chain management.

6.    As the Director of Protocols under the Auto-ID Center from October 2002 to October 2003, I was responsible for leading the research and development of RFID standards, protocols for their use (particularly in supply chain management), and compliance and compatibility tests for systems developed to those standards. As the Director of Protocols, I led the development of the Generation 1 Class 1 Passive High Frequency ("HF") protocol, the Generation 1 Class 1 Passive Ultra-High Frequency ("UHF") protocol (the "Class 1" protocol), and the initial development of the Generation 2 Class 1 Passive UHF protocol (the "Gen2" protocol, also standardized as the ISO/IEC 18000-6C protocol that was renamed the ISO/IEC 18000-63 protocol). I also led the integration of the Matrix protocol into the Auto-ID Center RFID protocol suite as the Generation 1 Class 0 Passive UHF protocol (the "Class 0" protocol). I continued to be responsible for the development of the Gen2 protocol as the Director of Research for the Auto-ID Labs where I was also the co-chair of the Hardware Action Group under EPCglobal (part of GS1), the standards organization that licensed the EPC technologies from MIT and continues to manage and develop EPC standards today. I was also a member of the International Organization for Standardization ("ISO") standards group that subsequently revised the Gen2 standard to integrate additional functionality, including security functionality, to create the Gen2 version 2 ("Gen2v2") standard.

7.    As Director of Protocols for the Auto-ID Center, I was also the co-lead for the EPC Field Trial that involved the implementation of the EPC System across multiple suppliers and a

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

major retailer to prove the operability, usability, and value of the EPC System in practice. The Field Trial utilized early prototypes of the various EPC System components with commercial off-the-shelf passive UHF RFID transponders (initially the Intermec Intellitag and later Class 0 transponders from Matrics and Class 1 transponders from Alien Technologies) encoded with EPC values. The Field Trial included tagging pallets and cases in their manufacturing facility and reading tagged cases and pallets through warehouses and distribution centers and into the back room of the retail facilities.

8.     As the Director of Research for the Auto-ID Labs at MIT from October 2003 to June 2005, I was responsible for setting all research directions, which included substantial research into various aspects of RFID technologies in addition to support for the EPC System standards development within EPCglobal. My primary research dealt with the Reader Collision Problem (a problem experienced in dense RFID reader environments), UHF transponder antenna designs, tools for RFID use and analysis, RFID use in supply chains, and the regulatory impacts of and on RFID technologies and deployments in addition to broad EPC System related research. The primary system research focused on the application of the EPC System for supply chain management, including the practical communication technologies required to establish and maintain Internet connectivity.

9.     In June 2005, I founded the MIT Healthcare Research Initiative ("HRI") to investigate the use of RFID technologies to improve patient safety.  The primary research of the HRI focused on the impact of radio frequencies, particularly frequencies used in UHF RFID systems, on humans and pharmaceuticals (particularly biologics) and medical devices, and it focused on the use of the EPC System for supply chain management in both the pharmaceutical supply chain and the medical devices supply chain.

10.     As an Associate Professor in the Department of Electrical Engineering at the University of Texas, Arlington and the Director of the Texas Radio Frequency Innovation and Technology Center from June 2006 to August 2009, I continued to perform fundamental research into RFID technologies, protocols, low cost reader designs, and supply chain applications. My research focused on both battery-less RFID systems, including passive UHF RFID systems and

Surface Acoustic Wave systems, and battery powered devices including semi-passive UHF RFID systems and active systems that can operate as RFID tags, including WiFi-based tags and Bluetooth-based tags. My application oriented research focused on the use of low-cost wireless technologies for real-time location systems, security and privacy technologies and issues of these systems, and their application in supply chains. In particular, and among others, I am the named inventor on U.S. Patent No. 8,102,267, titled Single Antenna, Single Reader System and Method for Locating a Tag, related to real-time location systems.

11.    As the Chief Technology Officer for Revere Security from August 2009 to August 2012, a startup focused on cryptographic protocols and security mechanisms for Internet of Things devices, I participated in the GS1 and ISO secure RFID standards development committees for both passive and active RFID systems, and I was an industry advocate for secure, ubiquitous Internet of Things devices including all low-cost wireless communication technologies such as passive UHF RFID and Bluetooth Low Energy ("BLE").

12.    Subsequent to Revere Security, I began developing a secure Internet of Things ("IoT") system centered upon the cell phone as a reader and tag communicator for secured QR codes (think of the machine-readable optical labels that we often scan with our smartphones today – these are QR codes), secure NFC tags, and secure BLE tags. (*See* Christian Bauer, *VerifyItNow*, http://christianbauer.me/verifyitnow/ (last visited, Sept. 25, 2021); *see also* VerifyItNow, *VerifyItNow® Wins M2M Evolution Business Impact Award,* CISION (Mar. 18, 2015), https://www.prnewswire.com/news-releases/verifyitnow-wins-m2m-evolution-business-impact-award-300052167.html.) This research and development formed the bases for Vattaca, d/b/a/ VerifyItNow, which I co-founded in October 2013. At Vattaca, some of our target applications included anti-counterfeit, brand management, and supply chain management. In addition, the IoT system we developed also had applications as a real-time locating system for users to track misplaced objects, by providing data analytics based upon community-sourced data.

13.    Simultaneous with Vattaca, I was an Associate Professor at Southern Methodist University ("SMU") where my research focused upon secure Internet of Things devices, networks, and systems including the security of IoT communication protocols such as the BLE

5

communication protocol. Further, my research also concentrated on the security of network communications in order to better provide for secure data transmission when different devices are within the same network.

14.    I have experience with the U.S. patent system, as both an inventor and a technical expert in the court system and in patent office proceedings.  I am the named inventor on eight issued U.S. patents, seven of which relate to RFID technology, inventory management, unique object identification, authentication, and/or cryptography.   I have authored expert reports in multiple patent cases and have testified in depositions and in court as an expert witness in multiple previous patent cases.

15.    An updated copy of my CV is attached as Appendix 1.

16.    I am being compensated for my time spent on this matter at the rate of $500 an hour. My compensation is not related to this action's outcome and I have no financial interest in this case.

III.    MATERIALS CONSIDERED

17.    I reviewed and considered all the documents cited and discussed in this Declaration, including at least:

| |
|---|
| U.S. Patent No. 10,163,318 B2 to Kazerouni |
| Prosecution History of U.S. Patent No. 10,163,318 B2 |
| Plaintiff's Complaint for Patent Infringement, dated July 27, 2020 (ECF No. 1) |
| Plaintiff's First Amended Complaint, dated Oct. 29, 2020 (ECF No. 25) |
| Order Dismissing First Amended Complaint, dated Sept. 15, 2021 (ECF No. 68) |
| Tile Inc.'s Petition for *inter partes* review, dated May 15, 2021 |
| Patent Owner's Preliminary Response, dated Aug. 20, 2021 |
| U.S. Patent Publ. No. 2010/0289646 to Raniere |
| U.S. Patent Publ. No. 2011/0140884 to Santiago |
| U.S. Patent Publ. 2007/0176771 to Doyle |
| U.S. Patent No. 8,810,392 to Teller |
| U.S. Patent No. 8,704,657 to Huang |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

| |
|---|
| U.S. Patent Publ. No. 20110234399A1 to Yan |
| U.S. Patent No. 7,248,167 to Wassginbo |
| U.S. Patent No. 7,843,343 to Thorn |
| U.S. Patent No. 7,589,616 to Klatsmanyi |
| U.S. Patent No. 7,420,465 to Ritter |
| U.S. Patent No. 6,998,985 to Reisman |
| U.S. Patent No. 4,384,288 to Walton |

## IV.   LEGAL STANDARDS

18.    I understand that pursuant to 35 U.S.C. § 101 patents may be granted for any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof. I also understand that this statutory text includes an implicit exception for laws of nature, natural phenomena, and abstract ideas, and that claims for these categories of inventions are not patent eligible. I understand that there is a two-step test to distinguish between eligible and ineligible patent claims.

19.    At step one of the patent eligibility test, the question is whether the claim at issue is directed to a patent-ineligible concept, such as an abstract idea. I understand that this inquiry is not simply about whether the claims involve a patent-ineligible concept, because essentially every routinely patent-eligible claim involving physical products and actions involves a law of nature and/or natural phenomenon—after all, they take place in the physical world. Rather, the inquiry applies a stage-one filter to claims, considered in light of the specification, based on whether their character as a whole is directed to excluded subject matter. In other words, in assessing the claims, one must look to the claims as an ordered combination, without ignoring the requirements of the individual steps. I understand that the abstract idea exception prevents patenting a result where it matters not by what process or machinery the result is accomplished. I also understand that computer-related technology—including both hardware and software—is not inherently abstract, and that an improvement to computer functionality itself—as opposed to tasks for which a computer is used in its ordinary capacity—is not abstract.

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

20.     If the claim at issue is directed to a patent-ineligible concept, the test proceeds to step two. I understand that step two has been described as a search for an inventive concept—*i.e.*, an element or combination of elements that is sufficient to ensure that the patent in practice amounts to significantly more than a patent upon the ineligible concept itself. An inventive concept is something more than well-understood, routine, conventional activities previously known to the industry.

V.    THE '318 PATENT

21.     Entitled "Comprehensive System and Method of Universal Real-Time Linking of Real Objects to a Machine, Network, Internet, or Software Service," the '318 Patent issued on December 25, 2018 and lists Mr. Pooya H. Kazerouni as the named inventor. ('318 Patent, codes (45), (54), (72).)

    a.    State of the Art

22.     The '318 Patent issued from U.S. Patent Application No. 16/005,193 (the "'193 Application"), which was filed on June 11, 2018 and claims priority to U.S. Patent Provisional Application No. 61/608,429, which was filed on March 8, 2012 (the "Invention Date").[1] (*Id.*, codes (21), (22), (60).)

23.     Prior to the '318 Patent, there existed no privacy-preserving, scalable, cloud-based, community-powered solutions for real-time linking, protecting, tracking, and locating mobile devices, keys, luggage, pets, and other items. To be clear, and as reflected in my background (*supra* § II), I was an active participant in the IoT devices and communications, cloud services, and location services industries, and the lack of privacy-preserving, efficient, and scalable functionalities within networks were real technological problems facing the industry prior to the '318 Patent. For example, the EPC system I developed (and discussed above) dealt with these technological problems, but within the realm of supply chain management. For example, the EPC system had ***privacy*** concerns, as the RFID tags involved in the system would respond to all reader-devices that sent out an interrogation signal. This allowed all reader-devices to obtain information

---

[1]    I have formed my opinions based on the materials I have reviewed to-date. To the extent I am made aware of materials that support an earlier invention date, I may modify this opinion.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

from the tags within the system, thereby allowing the track and trace of the tags (and, therefore, the objects associated with those tags) under certain circumstances. In addition, the EPC system dealt with *scalability* concerns, as the reader-devices were required to be within a certain threshold distance of the RFID tags in order to function. Thus, in the supply chain management application, the reader-devices could, for example, determine whether a tagged object was within a building or not, but could not provide further location information once the tag had left the building, or even the read-zone of the reader-device. Additionally, and relatedly, the EPC system ran into *efficiency* concerns. For example, the reader-devices routinely transmitted signals to all tags within range regardless of circumstance. Said another way, the technology required the reader-devices to be in constant communication with all tags for perfect visibility. This constant communication increased the volume of data that the system had to manage. In doing so, the system incurred increased energy consumption, as well as increased bandwidth, processing power, and storage constraints. Moreover, this decreased efficiency also played a role in limiting the potential overall scale of the system.

b.    **Prosecution History**

24.    The prosecution history of the '318 Patent supports my opinion. During prosecution, the Examiner identified U.S. Patent Publ. No. 2011/0140884 to Santiago, U.S. Patent Publ. 2007/0176771 to Doyle, and U.S. Patent Publ. No. 2010/0289646 to Raniere as the "closest prior art" to the '318 Patent. (Oct. 4, 2018, Notice of Allowability, p. 8.) However, the Examiner concluded that these references "fail to anticipate or make obvious the claimed invention" in the '318 Patent. I agree.[2]

---

[2]    Notably, the Examiner never rejected the '318 Patent claims for being directed to patent ineligible subject matter during prosecution.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

25.    For example, and referring to Figure 1, below, Raniere disclosed a system for "managing the location of at least one object within a predetermined proximity distance relative to a person[.]" (Raniere, [0043].)



**FIG. 1**

In this system, "the device 24" of a single user "generates a warning notification message that a specific object (*i.e.*, key chain, purse, tote, wallet, glasses book, folder, notebook computer, etc.) has not been detected within the predetermined proximity distance threshold 26 from the device and/or when a specific object has been detected re-entering within the predetermined proximity distance threshold 26 from the device 24[.]" (*Id.*, [0060].) The device 24 "maintains a list of objects nearby (i.e., within communication range) by regularly transmitting an interrogation signal to the tags 80[.]" (*Id.*, [0057].)

26.    The system disclosed in Raniere is representative of the unique and challenging technical problems regarding scalability, efficiency, and privacy present in prior art systems and is consistent with the technical hurdles I faced while developing similar applications, such as the EPC System (as I explained above).

27.    **First**, Raniere's system is **not scalable**, as it includes only a single user tracking his/her own objects. (*See e.g.*, Raniere, [0043], [0060].) Indeed, Raniere's system is designed to be single-user centric; there is no intended community sourcing and/or automatic sharing of information. (*Id.*) As a result, while the system in Raniere may "generate a warning notification capable of notifying a user when certain ones of the tagged objects are not detected within a predetermined proximity distance" of their device, the system does not provide for further tracking and location of an object, for example, by the use of other devices, such as those in the surrounding community, once it has left the predetermined proximity threshold. (*Id.*, [0067].) Instead, a user must wait until "certain ones of the tagged objects reenter within a predetermined proximity distance threshold" before the user can resume tracking an object. (*Id.*, [0067].) In short, Raniere allows for the tracking and location of a tagged object within a limited predetermined distance of a particular user, but once the tagged object has left that threshold, the tagged object can no longer be tracked until the object reenters the predetermined proximity distance of that user.

28.    **Second**, and relatedly, a person of ordinary skill in the art (a "POSA") understood that the system embodied in Raniere was **inefficient**. Specifically, the specification makes clear that Raniere's system involves a device that "regularly transmit[s] an interrogation signal to the tags" within communication range, in order to "maintain[] a list of [tagged] objects nearby." (Raniere, [0057].) By "regularly transmitting an interrogation signal" to all tags within communication range, Raniere's system is consuming excess energy and utilizing excess network bandwidth and processing power on communications with tags of no consequence to the device or its user. (*Id.*) A POSA would understand that as more tags of no consequence to the device entered the device's communication range, more energy, bandwidth, and device resources would be used to communicate with each of these tags. Furthermore, a POSA would understand that the device used in Raniere would need to record each of these regular transmissions, leading to an increase in the required processing power needed, the system's storage constraints, and its energy consumption. (Raniere, [0057], [0058].) Relatedly, because the devices in Raniere locally maintain "a list of objects nearby (*i.e.*, within communication range)," the system further strains storage constraints on the user's device, particularly when large numbers of tags of no consequence to the

11

device are within communication range. (Raniere, [0057], [0068].) Not only does this decrease the efficiency of the system as whole, but in doing so, Raniere's inefficiency limits the system's ability to scale. A POSA further understood that this inefficiency is compounded when multiple devices that communicate to tags operate within the same communication areas, as only one of these devices could operate successfully at any time in communication with a given tag. Since every tag must be individually communicated with by every device, (Raniere, [0057], [0061]), the device resources consumed, and time required to operate, increase proportionately to the number of other devices operating within the same communication area.

29.    **Third**, a POSA understood the **privacy concerns** inherent in scaling such a system involving various unrelated users. In particular, and as mentioned above, the system depicted in Raniere involves devices that "regularly transmit[] an interrogation signal to the tags" (Raniere, [0057].)  In response, each tag within the system "may generate a response signal in response to an interrogation signal." (Raniere, [0061].) This "response may include the unique identification code associated with the RFID tag," allowing all devices to "identify the unique tag 80." (Raniere, [0061].)  Consequently, a third party using a device that "regularly transmits interrogation signals" may track and trace tags belonging to other users. (*See e.g.*, Raniere, [0057].) And, upon sending an interrogation signal from their device, the tag will provide information concerning the tag, such as its existence within communication range of another user's device, or its "unique identification code." (Raniere, [0061].)

30.    Tile's May 13, 2021 petition for *inter partes* review ("IPR") further supports my opinion that, prior to the '318 Patent, there existed no privacy-preserving, scalable, cloud-based, community-powered solutions for linking, protecting, and locating objects. Specifically, in its Petition, Tile advanced five grounds challenging the patentability of the '318 Patent. Notably, however, each of those five grounds was based on a combination of prior art references, and Tile failed to identify a single allegedly anticipating prior art reference. Thus, Tile's IPR petition implicitly recognizes the nonconventional nature of the system claimed in the '318 Patent.[3]

---

[3]    While beyond the scope of this declaration, to be clear, I disagree that any of the references Tile relies on in the IPR, by itself or in combination with other references, renders the '318 Patent claims obvious.

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

1

**c.    Written Description**

2    31.    At a high level of abstraction, the '318 Patent is "primarily directed to a wireless tag

3    apparatus and methods of linking or tracking an object by an associated wireless tag[.]" ('318

4    Patent, 8:37-40.) However, the '318 Patent discloses various embodiments directed to specific

5    arrangements for accomplishing this, including embodiments directed to privacy-preserving,

6    scalable, cloud-based, community-powered solutions for linking, protecting, and locating mobile

7    devices, keys, luggage, pets, and other items.

8    32.    Referring to Figures 1B and 1C below, "an exemplary wireless tag 40 is illustrated."

9    ('318 Pat., 12:14-16.) Wireless tag 40 "includes user interface 54 comprising one or more I/O

10    modules which provide an interface between an operator and wireless tag 40." ('318 Pat., 12:15-

11    18.) The I/O modules include a number of "input members" which "include buttons, such as button

12    44, switches, keys, a touch display, a keyboard, a sensor, a mouse, and other suitable devices for

13    providing information to controller 48." ('318 Pat., 12:21-25.)  For example, and as seen in Fig. 1B

14    below, wireless tag 40 includes "one or more sensors 42," such as "temperature sensors, altimeters,

15    barometers, pressure sensors, humidity sensors, chronometers, pedometers, accelerometers, level

16    sensors, impact sensors, and compasses." ('318 Pat., 13:21-26.)  The I/O modules also "include

17    output members," that include "lights, a display (such as a touch screen), printer, speaker, visual

18    devices, audio devices including alarm 46, tactile devices, and other suitable devices for presenting

19    information to an operator output member." ('318 Pat., 12:25-29.) For example, wireless tag 40

20    also includes alarm 46, that, when sounded, may "allow a user to find wireless tag 40." ('318 Pat.,

21    16:62-65.) Moreover, wireless tag further includes a "power supply 60," such as "rechargeable

22    batteries, including but not limited to nickel-cadmium and lithium ion batteries, and non-

23    rechargeable batteries." ('318 Pat., 13:15-20.)

24

25

26

27

28



33.    As further depicted in figure 1B (above), "wireless tag 40 includes a plurality of hardware and software, including a controller 48." ('318 Pat., 12:30-32.) Controller 48 "includes logic which may control operation of wireless tag 40." ('318 Pat., 12:32-33.)  The wireless tag further comprises memory 49, where "software may be stored." ('318 Pat., 12:35-36.) In particular, memory 49 "includes instructions executed by controller 48." ('318 Pat., 12:36-37.) Wireless tag 40 also includes "data transmitter 50 and data receiver 52." ('318 Pat., 12:65-67.) Data transmitter 50 "sends data to external device 30, and data receiver 52 receives data from external device 30." ('318 Pat., 13:2-4.)  The wireless tag 40 in Fig. 1B further contains "radio transceiver 56." ('318 Pat., 12:40-41.) Radio transceiver 56 "sends and receives data from other radio transceivers, including radio transceiver 24 incorporated in electronic device 10."  ('318 Pat., 12:41-44.) In addition, wireless tag 40 also includes "distance monitor 58," which may perform a variety of functions, including the following: (1) "monitor[] communication between radio transceiver 56 and

electronic device 10"; (2) "determine the status of the connection between electronic device 10 and wireless tag 40 to determine if the connection is dropped, broken, lost, or otherwise not present," and (3) "determine the distance or range between wireless tag 40 and electronic device 10." ('318 Pat., 12:55-64.)

34.     As further depicted in Figure 1C (above), wireless tag 40 also includes "an area for displaying identifying information 80." ('318 Pat., 13:64-65.) Further, wireless tag 40 contains "a plurality of lights 74, and speaker 76 for alarm 46" to function. ('318 Pat., 13:59-61.) Finally, Fig. 1C depicts a "power socket 78" included with wireless tag 40 "for recharging power supply 60." ('318 Pat., 13:63-64.)

35.     Referring next to Figure 2 below, "an exemplary electronic device 10 is illustrated" for use with wireless tag 40. ('318 Pat., 9:15-16.) Electronic device 10 "includes user interface 22 comprising one or more I/O modules which provide an interface between an operator or environment or both, and electronic device 10." ('318 Pat., 9:65-10:3.) The I/O modules include a number of "input members" which may include "buttons, switches, keys, a touch display, a microphone, a camera or other optical reader, a keyboard, a mouse, a transceiver, a sensor, and other suitable devices or methods for providing information to controller [28]." ('318 Pat., 10:3-6.) The I/O modules also "include output members," that may include "lights, a display (such as a touch screen), printer, vibrator, speaker, visual devices, audio devices including alarm/speaker 16, tactile devices, transceiver, and other suitable devices or methods for presenting information to an operator or a machine." ('318 Pat., 10:8-14.)

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15    36.    Electronic device 10 further "includes a plurality of hardware and software,

16  including a controller 28." ('318 Pat., 9:24-26.) Controller 28 contains "logic which may control

17  operating of electronic device 10," and which may be "implemented in hardware or in hardware

18  executing software." ('318 Pat., 9:26-29.) Controller 28 may also "include one or more processors

19  or other structures to implement the logic of controller 28." ('318 Pat., 9:31-33.) The electronic

20  device 10 further comprises memory 49, where "software may be stored." ('318 Pat., 9:29-30.) In

21  particular, memory 49 "includes instructions executed by controller 28." ('318 Pat., 9:30-31.)

22  Additionally, electronic device 10 also includes "data transmitter 18 and data receiver 20." ('318

23  Pat., 11:26-28.) Data transmitter 18 "sends data to external device 30, and data receiver 20 receives

24  data from external device 30." ('318 Pat., 11:28-30.)  The electronic device 10 also contains a

25  "radio transceiver 24," which may function as "data transmitter 18 and/or data receiver 20." ('318

26  Pat., 13:4-5.) Alternatively, radio transceiver may be "separate" from "data transmitter 18 and data

27  receiver 20" ('318 Pat., 13:5-7.)

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

37.    Electronic device 10 also includes "absolute position data receiver 12 and absolute position module 14." ('318 Pat., 10:14-16.) Absolute position data receiver 12 "receives location-based data from external sources," such as "a combination of cellular towers, wireless networks including Wi-Fi networks, and global positioning systems (GPS)." ('318 Pat., 10:16-20.) Absolute position module 14 may, for example, (1) "determine[] the location of electronic device 10 from the location based data received by absolute position data receiver 12" and/or (2) "determine[] the speed of electronic device 10 from the location based data received by absolute position data receiver 12." ('318 Pat., 10:21-26.) Finally, electronic device 10 includes a "distance monitor 26." ('318 Pat., 10:66-67.) Distance monitor 26 may perform a variety of functions, including the following: (1) "monitor[] communication between radio transceiver 24 and wireless tag 40," thereby "determine[ing] the status of the connection between electronic device 10 and wireless tag 40 to determine if the connection is dropped, broken, lost, or otherwise not present"; (2) "determine[] a distance between electronic device 10 and wireless tag 40 based at least in part on the strength of the signal received from wireless tag 40"; (3) "compare the distance determined by distance monitor 26 with a selected distance to alert the user if the determined distance exceeds the selected or predetermined distance"; (4) "compare the signal strength with a desired signal strength from a user to alert the user if the signal strength is weaker than the desired signal strength"; (5) "compare the distance determined by distance monitor 26 with a predetermined distance or predetermined signal strength, such as but not limited to a received signal strength indicator"; and (6) "compare the signal strength with a desired signal strength from a user and alert the user if the signal strength is stronger than the desired signal strength." ('318 Pat., 11:1-25.)

38.    In one embodiment of the system, the wireless tag is attached to an object such as a wallet. (*See, e.g.,* '318 Patent, 8:54-56, claim 1.) A first electronic device that is associated with the tag, *e.g.*, the owner's cellular phone, communicates with the tag using radio signals. (*See, e.g.,* '318 Patent, 8:46-47, 8:56-58, claim 1.) By monitoring the signals, the phone determines the status of the tag, *i.e.*, whether the tag is "in-range" of the phone or "out-of-range" of the phone. (*See, e.g.,* '318 Patent, 8:58-67, claim 1.) When the tag becomes in-range or out-of-range, the phone

automatically transmits its position and the status of the tag to an external electronic device such as an "external network or cloud data service." (*See, e.g.,* '318 Patent, 9:3-11, claim 1.)

39.    In addition, a second phone that is unassociated with the tag, *e.g.*, a phone that belongs to a stranger, can detect signals from the tag and transmit the stranger's phone's location and identifier of the tag to the cloud under certain conditions. (*See, e.g.,* '318 Patent, 27:42-52, claim 1.) This allows the owner of the tag to determine the tag's location even when the tag is not in contact with the owner's phone. (*See, e.g.,* '318 Patent, 27:52-57, claim 4.) Furthermore, a controller in the tag can be configured to monitor signals from the owner's phone so that only when the tag is out-of-range of the owner's phone does the tag become detectable by a stranger's phone. (*See, e.g.,* '318 Patent, 27:42-52, claim 2.)

### d.    Claims

40.    The '318 Patent claims are directed to the privacy-preserving, scalable, cloud-based, community-powered embodiments disclosed. I focus my analysis herein on representative claims 1 and 2:

> **1.** A system for detecting placement or misplacement of an object, the system comprising:
>
> a wireless tag associated with the object;
>
> a first set of instructions stored in a first non-transitory storage medium, the first set of instructions, when executed by one or more processors in a first electronic device associated with the wireless tag, cause the one or more processors in the first electronic device to automatically:
>
> > detect one or more signals from the wireless tag;
> >
> > determine a position of the first electronic device;
> >
> > determine a status of the wireless tag in response to a strength or absence of the one or more signals detected by the first electronic device, the status indicating that the wireless tag and the first electronic device are within a predetermined range or that the wireless tag and the first electronic device are outside the predetermined range;
> >
> > transmit the position of the first electronic device and the status to an external electronic device in response to the status indicating that the wireless tag and the first electronic device are within the predetermined range; and

transmit the position of the first electronic device and the status to the external electronic device in response to the status indicating that the wireless tag and the first electronic device are outside of the predetermined range;

a second set of instructions stored in a second non-transitory storage medium, the second set of instructions, when executed by one or more processors in a second electronic device that is unassociated with the wireless tag, cause the one or more processors in the second electronic device to automatically:

detect one or more signals from the wireless tag;

determine a position of the second electronic device;

determine an identifier for the wireless tag using the one or more signals from the wireless tag; and

transmit the position of the second electronic device and the identifier to the external electronic device.

**2.** The system of claim **1**, wherein the wireless tag includes a controller configured to:

monitor signals communicated with the first electronic device;

determine, in response to a strength or absence of signals communicated with the first electronic device and the wireless tag, that the wireless tag and the first electronic device are within a predetermined range or that the wireless tag and the first electronic device are outside the predetermined range; and

render the wireless tag detectable by the second electronic device in response to determining that the wireless tag and the first electronic device are outside the predetermined range.

**e.    Level of Ordinary Skill in the Art**

41.    I understand that Tile believes that a person of ordinary skill in the art (a "POSA") would have: (1) a B.S. in Electrical or Computer Engineering (or an equivalent field); and (2) 3-5 years of academic or industry experience in the wireless/mobile communications and location industry (or a comparable industry). I disagree, because (1) a POSA would not need both a B.S. degree and 3-5 years of academic and industry experience; and (2) experience in electrical engineering and the location industry would not provide the requisite knowledge regarding IoT devices and cloud services, both of which are invoked by the claims of the '318 Patent. In my

opinion, I believe that a POSA would have: (1) a B.S. in Computer Engineering or Computer Science (or an equivalent field); or (2) 2-3 years of academic or industry experience in the cloud and smart phone application development industry (or a comparable industry).

## VI.  CLAIM CONSTRUCTION

42.    In forming the opinions addressed herein, I applied the plain and ordinary meaning of each term to a POSA as of the Invention Date.

43.    I understand that Tile has proposed constructions for four terms/phrases recited in the '318 Patent claims. I have reproduced Tile's proposed constructions in the chart below.

| Term/Phrase | Tile's Proposed Construction |
|---|---|
| predetermined range | pre-set or pre-configured allowable distance between a tag and electronic device |
| determine | ascertain |
| identifier | unique unencrypted identification for the wireless tag understood by the electronic devices |
| render the wireless tag detectable | cause the wireless tag to change from being undetectable to being detectable |

(ECF No. 50.) I disagree with these proposed constructions, and I understand that the Court has not adopted any claim construction in this Matter. However, even if the Court were to adopt Tile's proposed constructions, it would not alter my opinion.

## VII.  THE PATENT ELIGIBILITY OF THE '318 PATENT CLAIMS

44.    The '318 Patent claims are directed to patent eligible subject matter.

### a.    The '318 Patent Claims Are Not Directed to an Abstract Idea

45.    The '318 Patent claims are not merely directed to the abstract idea of tracking or locating an object while invoking the use of computers as a tool. Rather, the claims are directed to specific privacy-preserving, scalable, cloud-based, community-powered systems and methods that use a distributed network of electronic devices and adaptively-detectable tags in a non-conventional manner to address the technological problems in the prior art regarding at least lack of privacy, scalability, and efficiency. (*Supra* § V.)

46.    **First**, the '318 Patent claims are limited to rules with specific characteristics, not an abstract idea. Specifically, the privacy-preserving, scalable, cloud-based, community-powered

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

linking and tracking systems recited within the claims set forth precise rules in accordance with certain conditions, and do not generally describe—and, thus, do not preempt—all tracking and location systems.

47.    Claim 1 requires that a "first electronic device" be "associated" with a "wireless tag" and include a unique "first set of instructions." ('318 Pat., claim 1; *id*., abstract, 9:24-31, 18:5-6, 23:66-24:1.) Only when this unique "first set of instructions" is "executed" (*e.g*., when a user is logged in and the application is running) will the "first electronic device associated with a wireless tag" cause the "first electronic device" to "automatically" perform the following specific tasks: (1) "detect one or more signals from the wireless tag"; (2) "determine a position of the first electronic device"; (3) "determine a status of the wireless tag in response to a strength or absence of the one or more signals detected by the first electronic device, the status indicating that the wireless tag and the first electronic device are within a predetermined range or…outside the predetermined range"; and (4) "transmit the position of the first electronic device and the status to an external electronic device in response to the status indicating that the wireless tag and the first electronic device are within" or "outside of the predetermined range." ('318 Pat., claim 1; *id*., abstract, 8:58-9:14) Claim 1 further requires that a "second electronic device," that is "unassociated" with the "wireless tag" include a unique "second set of instructions." ('318 Pat., claim 1; *id*., abstract, 27:46-52.) When this unique "second set of instructions" is "executed," the claims allow the "second electronic device" to "automatically" perform its own specialized tasks: (1) "detect one or more signals from the wireless tag"; (2) "determine a position of the second electronic device"; (3) "determine an identifier for the wireless tag using the one or more signals from the wireless tag"; and (4) "transmit the position of the second electronic device and the identifier to an external electronic device." ('318 Pat., claim 1; *id*., abstract; 27:46-57.)

48.    Claim 2 adds even further requirements to claim 1. Specifically, claim 2 requires that the "wireless tag" used throughout the system include a "controller." ('318 Pat., claim 2; *id.*, 12:30-39.) Similar to the unique sets of instructions in claim 1, the controller found within wireless tags is "configured" to perform specific functions, including the following three tasks: (1) "monitor signals communicated with the first electronic device";  (2) "determine, in response to a strength

21

or absence of signals communicated with the first electronic device and the wireless tag, that the wireless tag and the first electronic device are within a predetermined range or…outside the predetermined range"; and, importantly, (3) "render the wireless tag detectable by the second electronic device in response to determining that the wireless tag and the first electronic device are outside the predetermined range." ('318 Pat., claim 2; *id*., abstract, 12:40-13:4, Fig. 1B.)

49.     By reciting the timing and type of information and communications in the system with specificity, the claims are limited to rules with specific characteristics. For example, the "first electronic device" performs certain tasks "automatically" under certain conditions (*e.g*., only when "associated" with a tag, only when unique "first set of instructions" are executed, etc.) and recites the functions the "first electronic device" performs with specific information in those tasks once executed (*e.g.*, "signals from the [associated] wireless tag," "determine a position of the first electronic device," etc.). Likewise, the "second electronic device" also performs certain tasks "automatically" under certain conditions (*e.g*., only when "unassociated" with a tag, only when unique "second set of instructions" are executed, etc.) and recites the functions the "second electronic device" performs with specific information in those tasks once executed (*e.g*., "signals from the [unassociated] wireless tag," "determine a position of the second electronic device," etc.). Finally, the "controller" within the claimed "wireless tag" does not "render the wireless tag detectable by the second electronic device" until certain conditions have been met (*e.g*., only when "monitor[ing] signals communicated with the first electronic device," only when the controller "determine[s], in response to a strength or absence of signals communicated with the first electronic device and the wireless tag," that "the wireless tag and the first electronic device are outside the predetermined range"). If these requirements have not been met, the wireless tag will not be "detectable" to the claimed second electronic device.

50.     As explained in more detail below, these specifically claimed rules and requirements result in the increased scalability and efficiency of the system as a whole, which improves upon and addresses technological problems that existed in the prior art. (*Supra* § V.) Moreover, these specifically claimed rules and requirements confirm that the '318 Patent claims are not directed to

an abstract idea because the claims do not abstractly cover results regardless of the process or machinery by which the results are accomplished.

51.    **Second**, the specifically claimed rules and requirements result in a system that is more efficient than—and, thus, results in improved functionality—over prior art systems. As I described above, prior art tracking solutions presented unique problems, including energy consumption, as well as storage, bandwidth and processing constraints of the devices used in the network. (*Supra* § V.) By improving the functionality of these devices, the claimed and disclosed system addressed these technical problems, which resulted in a more efficient and scalable system.

52.    With respect to claim 1, for example, instead of systems that regularly transmit an interrogation signal between all devices and all tags, the '318 Patent system limits such communication to specific conditions and recites the types of information communicated and exchanged. To do this, the '318 Patent system (and the claim limitations) requires the "first electronic device" to be "associated" with the "wireless tag." ('318 Patent, claim 1; *id.*, abstract; 18:5-6; 23:66-24:1.)  Moreover, claim 1 requires that the first electronic device contain a unique "first set of instructions." ('318 Patent, claim 1; *id.*, abstract, 9:24-31.) Not only must this "first set of instructions" be "executed" for the first electronic device to "automatically" accomplish its tasks, but the claims specifically recite the functions the "first electronic device" performs with specific information: (1) "detect[ing] one or more signals from the wireless tag"; (2) "determine[ing] a position of the first electronic device"; (3) "determine[ing] a status of the wireless tag in response to a strength or absence of the one or more signals detected by the first electronic device, the status indicating that the wireless tag and the first electronic device are within…or…outside the predetermined range"; and (4) "transmit[ing] the position of the first electronic device and the status to an external electronic device in response to the status indicating that the wireless tag and the first electronic device are within" or outside of the predetermined range." ('318 Pat., claim 1; *id.*, abstract, 8:58-9:14.)

53.    These specific requirements, tethered to the language of the claims, produce a more efficient system for the linking, tracking, and locating of objects. **First**, because the claims specifically require that the "first electronic device" be "associated" with the wireless tag and that

the "first set of instructions" be "executed" in order for the first electronic device to complete the recited tasks, bandwidth use and energy consumption is decreased in the system. For instance, because there are circumstances where the "first set of instructions" is "executed," and other circumstances where it is not, the system is not regularly consuming energy or utilizing bandwidth like the prior art. Moreover, in the situations where the "first set of instructions" is not executed, the "first electronic device" is not recording the detection of "one or more signals from the wireless tag," thereby reducing storage constraints and the processing power needed for the device to function. Additionally, because the claims specifically require that the "first electronic device" be "associated" with the "wireless tag," even when the "first set of instructions" is "executed," the instructions cause the "first electronic device" to communicate with an associated "wireless tag." Thus, the "first electronic device" is not constantly transmitting to all wireless tags, such as unassociated wireless tags, when the "first set of instructions" is "executed." Consequently, the system is not slowed down by additional (unnecessary) communications with unassociated wireless tags, thereby increasing the efficiency of the devices. **Second**, because the "first set of instructions, when executed" cause the "first electronic device" to "automatically" complete its tasks, the system requires no other transitional steps.

54.     Similarly, claim 1 further recites that a "second electronic device," be "unassociated" with the "wireless tag" and that this "second electronic device" comprise a distinct "second set of instructions." ('318 Pat., claim 1; *id.*, abstract; 27:46-52.) Not only must the "second electronic device" be "unassociated" with the wireless tag and "second set of instructions" be "executed" for the second electronic device to "automatically" accomplish the recited tasks, but the claims also specifically recite the functions the "second electronic device" performs with specific information: (1) "detect[ing] one or more signals from the wireless tag"; (2) "determine[ing] a position of the second electronic device"; (3) "determine[ing] an identifier for the wireless tag using the one or more signals from the wireless tag"; and (4) "transmit[ing] the position of the second electronic device and the identifier to an external electronic device." ('318 Pat., claim 1; *id.*, abstract, 27:46-57.) These additional—and specialized— requirements, also function to generate a more efficient system. **First**, because the claims specifically require that the "second electronic

device" be "unassociated" with the wireless tag and that the "second set of instructions" be "executed" in order for the second electronic device to complete the defined tasks, bandwidth use and energy consumption is decreased in the system. As with the "first electronic device" noted above, there will be circumstances where the "second set of instructions" is "executed," and other circumstances where it is not; thus, the "second electronic device" is also not constantly consuming energy, expending processing power, or utilizing bandwidth like the prior art. In addition, in the circumstances where the "second set of instructions" is not "executed," the "second electronic device" is also not recording the detection of signals from unassociated wireless tags, thereby reducing storage, processing power, and bandwidth constraints. **Second**, because claim 1 also requires that the "second set of instructions, when executed" cause the "second electronic device" to "automatically" complete the recited tasks, the system requires no other intermediary steps.

55.    Once more, claim 2 further requires that the controller within the wireless tags not render the tags "detectable by the second electronic device" until the wireless tag "determine[s] that [it] and the first electronic device are outside the predetermined range." ('318 Pat., claim 2; 27:42-57 ("***once a wireless tag 40 or active device 84 has exceeded a predetermined distance from electronic device 10***, wireless tag 40 or active device 84 is configured to be detectable by multiple radio transceiver systems...allowing the owner of wireless tag 40 or active device 84 to monitor its location even when wireless tag 40 or active device 84 is not in contact with electronic device 10.") (emphasis added).) As a result of the specific rules and requirements recited in claim 2, the system further improves the functionality of the computers involved. **First**, the system reduces unnecessary communications between wireless tags within a predetermined range of an (associated) "first electronic device" and the (unassociated) "second electronic device." In particular, because the claim does not "render the wireless tag detectable" by any unassociated second electronic device until it is outside of a predetermined range of a first electronic device, there is no need for the unassociated second electronic device to communicate with the wireless tag at this stage. ('318 Pat., claim 2, 27:42-46.) In effect, the unassociated second electronic device ignores the wireless tag. (*Id.*) Consequently, by limiting transmissions to "associated" devices while tags are in-range, the energy usage and consumption required by the second electronic devices and the wireless tags

within the network is reduced. Additionally, because claim 2 eliminates needless communications between the unassociated "second electronic device" and "wireless tag" while the tag is within the predetermined range of a "first electronic device," the "second electronic device" and wireless tag are free to use excess bandwidth that would otherwise be constrained. Finally, because the second electronic device is not detecting the wireless tag at all times, but rather only when certain conditions are met, the second electronic device is also not recording excess detections, thereby reducing device storage and processing power constraints. **Second**, and relatedly, because the "second electronic device" is not communicating with the wireless tag while the wireless tag is within a predetermined range of the first electronic device, no transmissions are required between the unassociated "second electronic device" and the "external electronic device" (*e.g.*, the cloud). Consequently, the energy, processing power, and bandwidth usage by the "second electronic device" is further reduced. Likewise, because the "second electronic device" is not recording excess transmissions to the "external electronic device," the storage constraints are also lessened.

56.    As a result, a POSA would not consider the '318 Patent claims to be directed to an abstract idea.

**b.    The '318 Patent Claims Supply an Inventive Concept**

57.    Even if the '318 Patent claims are directed to an abstract idea (which I disagree is the case, as I explain above), the claimed elements, individually and as an ordered combination, recite an inventive concept. Specifically, the claims are directed to specific privacy-preserving, scalable, cloud-based, community-powered systems and methods that use a network of tags and electronic devices in a non-conventional manner to address the technological problems in the prior art regarding lack of privacy, scalability, and efficiency.

**i.    Privacy Problem and Solutions Provided by the '318 Patent Invention**

58.    The '318 Patent claims are directed to specific scalable, privacy-preserving, cloud-based, community-powered systems and methods that use a network of tags and electronic devices in a non-conventional manner to address the technological problems in the prior art regarding user privacy.

59.     As briefly explained above (*supra* § V), prior art systems depend on devices that "regularly transmit[] an interrogation signal to the tags" (Raniere, [0057].)  In response, each tag within the system "may generate a response signal in response to an interrogation signal." (Raniere, [0061].) This "response may include the unique identification code associated with the RFID tag," allowing devices to identify the unique tag. (Raniere, [0061].)  Consequently, a third party using a device that "regularly transmits interrogation signals" may be provided information concerning the tag, such as its existence within communication range of the third party's device, and the "unique identification code associated with the tag" thereby allowing the third party to track and trace tags belonging to other users.  As mentioned previously, these concerns (and more) were also prevalent in the EPC System I developed.

60.     The '318 Patent claims, individually and as an ordered combination, recite an inventive concept that addresses these privacy problems in the prior art.

61.     **First**, the '318 Patent claims specifically recite a system comprised of a "first electronic device associated with [a] wireless tag" and a "second electronic device unassociated with the wireless tag." ('318 Patent, claim 1; *id.*, abstract; 18:5-6; 23:66-24:1, 27:42-57.) The claimed system then recites specific rules and requirements conditioned on whether a tag is "associated" or "unassociated" with the electronic device. Specifically, only when the "first electronic device" is "associated" with the wireless tag will it execute a unique "first set of instructions" for performing specific tasks. ('318 Pat., claim 1; *id.*, abstract; 8:58-9:14; 18:5-6; 23:66-24:1.) Likewise, only when the "second electronic device" is "unassociated" with the wireless tag will it execute a unique "second set of instructions" for "automatically"   (1) "detect[ing] one or more signals from the wireless tag"; (2) "determine[ing] a position of the second electronic device"; (3) "determine[ing] an identifier for the wireless tag using the one or more signals from the wireless tag"; and (4) "transmit[ing] the position of the second electronic device and the identifier to an external electronic device." ('318 Pat., claim 1; *id.*, abstract, 27:46-57.) Because this process happens "automatically," the user of the second electronic device (which is "unassociated" with the wireless tag) is unaware that the transmissions have even happened and need not be involved nor even know that the process occurs. ('318 Pat. cl 1.) Consequently, this

1    protects the privacy of users of the "first electronic device" and the safety of their "associated"

2    wireless tags, while still utilizing all the benefits of the community of users in the network.

3        62.    **Second**, the claimed system further restricts communications between the "second

4    electronic device" and the "unassociated" tag to when the tag is "outside the predetermined range"

5    of the "first electronic device." ('318 Patent, cls. 1-2; *id.*, abstract, 27:42-57.) By limiting detection

6    between the unassociated tag and second electronic device solely to when the tag is "outside the

7    predetermined range" of the "first electronic device." the system further limits the exposure and

8    transmission of private information to unassociated devices (and, potentially, their users).

9            **ii.    Scalability and Efficiency Problem and Solutions Provided by the '318**

10                **Patent Invention**

11       63.    The specific scalable, privacy-preserving, cloud-based, community-powered system

12   depicted within the '318 Patent also uses a network of tags and electronic devices in a non-

13   conventional manner to address the technological problems in the prior art regarding scalability

14   and efficiency as well.

15       64.    As briefly explained above (*supra* § V), prior art systems struggled to function

16   efficiently and on a community-wide scale. For example, systems prior the '318 Patent comprised

17   devices that "regularly transmit[] an interrogation signal to the tags" within communication range,

18   in order to "maintain[] a list of [tagged] objects nearby." (Raniere, [0057].) Because these systems

19   do not limit the time and type of information and communications provided to specific

20   circumstances, they expend excess energy consumption and network bandwidth on

21   communications with tags of no consequence to the device. (*Id.*)  These systems also run into excess

22   storage constraints as the devices (1) record each of these regular transmissions to any tag in range;

23   and (2) must compile lists locally of all "objects nearby (i.e., within communication range)," no

24   matter their relationship to the user.   (Raniere, [0057], [0068].) As a further example, prior systems

25   were designed to include only a single user tracking his/her own objects. (*See, e.g.*, Raniere [0043],

26   [0060].) Therefore, a user could only "manag[e] the location of at least one object within a

27   predetermined proximity distance." (Raniere [0043], [0057].)  If, for instance, the object left the

28   predetermined proximity distance, however, the object must "reenter within a predetermined

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

                                    28

1   proximity distance threshold" before it can once more be located. (Raniere, [0043], [0067].) Thus,

2   these prior systems did not incorporate users (and their devices) within the surrounding community

3   to increase the area in which an owner of a specific object could track and locate their tagged

4   belongings in a unique and specific way.

5       65.    The '318 Patent claims, individually and as an ordered combination, further recite

6   an inventive concept that addresses the efficiency and scalability problems in the prior art.

7       66.    **First**, by reciting the timing and type of information and communications between

8   the "first electronic device" and the wireless tag, the limitations within claim 1 result in a more

9   efficient, and therefore scalable, system. ('318 Pat., claim 1; *id.*, abstract, 18:5-7, 23:66-24:1.)

10  Specifically, claim 1 requires that the "first electronic device" be "associated" with the "wireless

11  tag." ('318 Patent, claim 1; *id.*, abstract, 18:5-7, 23:66-24:1.) Moreover, claim 1 requires that the

12  first electronic device contain a unique "first set of instructions." ('318 Patent, claim 1; *id.*, abstract,

13  9:24-31.) Not only must this "first set of instructions" be "executed" for the first electronic device

14  to "automatically" accomplish its tasks, but the claims specifically recite the functions the "first

15  electronic device" performs with specific information : (1) "detect[ing] one or more signals from

16  the wireless tag"; (2) "determine[ing] a position of the first electronic device"; (3) "determine[ing]

17  a status of the wireless tag in response to a strength or absence of the one or more signals detected

18  by the first electronic device, the status indicating that the wireless tag and the first electronic device

19  are within…or…outside the predetermined range"; and (4) "transmit[ing] the position of the first

20  electronic device and the status to an external electronic device in response to the status indicating

21  that the wireless tag and the first electronic device are within" or outside of the predetermined

22  range. ('318 Pat., claim 1; *id.*, abstract, 8:58-9:14.)

23      67.    These specific requirements increase the efficiency of the claimed system, thereby

24  also broadening its ability to scale. In particular, because the claims specifically require that the

25  "first electronic device" be "associated" with the wireless tag and that the "first set of instructions"

26  be "executed" in order for the first electronic device to complete the recited tasks, bandwidth use,

27  processing power, and energy consumption is decreased in the system. Said another way, because

28  there are circumstances where the "first set of instructions" is "executed," and other circumstances

where it is not, the system is not regularly consuming energy or utilizing bandwidth and processing power like the prior art. This also reduces storage constraints, as the first electronic device is not recording "detect[ions] of one or more signals from the wireless tag," while the "first set of instructions" remains unexecuted. This reduction in energy consumption, processing power required, bandwidth constraints, and storage constraints allows the system to function more efficiently, thereby increasing its ability to scale. Additionally, because the claims specifically require that the "first electronic device" be "associated" with the "wireless tag," even when the "first set of instructions" is "executed," the instructions cause the "first electronic device" to communicate with an associated "wireless tag." Thus, the "first electronic device" is not constantly transmitting to all wireless tags, such as unassociated wireless tags, when the "first set of instructions" is "executed." Consequently, the system is not slowed down by additional (unnecessary) communications with unassociated wireless tags, thereby increasing the efficiency of the devices and the scalability of the system. Furthermore, because the "first set of instructions, when executed," cause the "first electronic device" to complete the recited tasks "automatically", the system does not require any intermediate steps.

68.    **Second**, by reciting the timing and type of information and communications between the "second electronic device" and the wireless tag, the further limitations within claim 1 result in a more efficient and scalable system as well. In particular, claim 1 further recites that a "second electronic device," be "unassociated" with the "wireless tag" and that this "second electronic device" comprise a distinct "second set of instructions." ('318 Pat., claim 1; *id.*, abstract; 27:46-52.) Not only must the "second electronic device" be "unassociated" with the wireless tag and "second set of instructions" be "executed" for the second electronic device to "automatically" accomplish the recited tasks, but the claims also specifically recite the functions the "second electronic device" performs with specific information: (1) "detect[ing] one or more signals from the wireless tag"; (2) "determine[ing] a position of the second electronic device"; (3) "determine[ing] an identifier for the wireless tag using the one or more signals from the wireless tag"; and (4) "transmit[ing] the position of the second electronic device and the identifier to an external electronic device." ('318 Pat., claim 1; *id.*, abstract, 27:46-57.)

69.     In a similar way as the preceding portion of claim 1, these claim 1 requirements increase the efficiency, and therefore scalability of the claimed system. For example, because the claims specifically require that the "second electronic device" be "unassociated" with the wireless tag and that the "second set of instructions" be "executed" in order for the second electronic device to complete the recited tasks, bandwidth use, energy consumption, and the requisite processing power is decreased in the system. Again, there will be circumstances where the "second set of instructions" is "executed," and other circumstances where it is not; thus, the "second electronic device" is also not constantly consuming energy or utilizing bandwidth and processing power like the prior art, thereby increasing the efficiency of the system as a whole. This, in turn, allows the system to better function on a community-wide scale. Moreover, similar to that of the first electronic device, because claim 1 also requires that the "second set of instructions, when executed" cause the "second electronic device" to "automatically" complete the recited tasks, the system requires no other intermediary steps. This automatic transmission further results in a network capable of containing an ever-growing number of users (*i.e.*, increased scalability).

70.     Importantly, claim 1 also specifically notes that the unassociated second electronic device (once its instructions are executed) "transmit[s]" information "to an external electronic device." As discussed above, the specification makes clear that this external electronic device may be the "cloud." (*See, e.g.*, '318 Pat., Figs 12-13, 18, 1:31-35, 2:67-3:3, 9:3-7, 12:1-13, 27:52-57.) Because claim 1 facilitates the transmission of information by the unassociated "second electronic device" to the cloud, a user of an associated first electronic device is able to further monitor the location of their tag, even when the tag is out-of-range of, and therefore not in contact with, the associated "first electronic device." Significantly, this greatly increases the scale in which a user may track and locate their objects, because the user may benefit from an (unassociated) second electronic device in the surrounding community when his own device is no longer communicating with the wireless tag.

71.     **Third**, claim 2 of the '318 Patent explains that the wireless tag includes a "controller" which is "configured" to perform specific functions, including the following three tasks: (1) "monitor signals communicated with the first electronic device"; (2) "determine, in

31

response to a strength or absence of signals communicated with the first electronic device and the wireless tag, that the wireless tag and the first electronic device are within a predetermined range or…outside the predetermined range"; and (3) "render the wireless tag detectable by the second electronic device in response to determining that the wireless tag and the first electronic device are outside the predetermined range." ('318 Pat., claim 2; *id.*, 12:30-39, 12:40-13:4, Fig. 1B.)

72.    Claim 2 contributes to the efficiency and scalability of the system by only "render[ing] the wireless tag detectable by the [unassociated] second electronic device" when "the wireless tag and the first electronic device are outside the predetermined range." ('318 Pat., claim 2.) In particular, when the wireless tag is in-range of an associated first electronic device, data is not needlessly being transmitted and/or exchanged between the wireless tag and an unassociated "second electronic device." Moreover, by selectively determining when the wireless tag is detectable by a second electronic device, the claim reduces the network bandwidth, energy consumption, processing power, and storage used by the second electronic device. Furthermore, because the second electronic device does not detect the wireless tag while the wireless tag is "within the predetermined range" of the (associated) first electronic device, the "second electronic device" is not further transmitting information to the "external electronic device" (*i.e.,* the cloud) either, thereby further minimizing storage constraints. On the other hand, if the wireless tag is outside the predetermined range of an (associated) first electronic device, claim 2 "renders the wireless tag detectable by the [unassociated] second electronic device." ('318 Pat., claim 2.) In doing so, claim 2 allows users to monitor the location of a wireless tag, even when that wireless tag is out-of-range of, and therefore not in contact with, an associated first electronic device. Thus, the language of claim 2 allows for the claimed system to scale to the community-wide level by incorporating (unassociated) second electronic devices to help locate another user's tags exactly (and only) when the user of a first electronic device is unable to do so himself.

VIII. CONCLUSION

73.    Based on the foregoing, it is my opinion that the '318 Patent claims are not directed to an abstract idea and are directed to a significant inventive concept.

\*    \*    \*    \*

1

       I declare that all statements made herein of my own knowledge are true and that all

2

statements made on information and belief are believed to be true. I also declare that these

3

statements were made with the knowledge that willful false statements and the like so made are

4

punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001.

5

       I declare under penalty of perjury that the foregoing is true and correct.

6

7

Executed on: 4 October 2021

8

Daniel W. Engels, Ph.D.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
INDIANAPOLIS

Case No. 3:20-CV-05153-JD

# Daniel W. Engels, Ph.D.

## Education

### Massachusetts Institute of Technology, Cambridge, MA.

Ph.D. Electrical Engineering and Computer Science conferred June 2000.
Thesis Title: Scheduling for Hardware-Software Partitioning in Embedded System Design.
Advisor: Srinivas Devadas.

### University of California, Berkeley, CA.

M.S. Electrical Engineering and Computer Science conferred June 1995.
Thesis Title: Real-Time Task Level Scheduling in the Polis Codesign Environment.
Advisor: Alberto Sangiovanni-Vincentelli.

### University at Buffalo, Buffalo, NY.

B.S. Electrical and Computer Engineering conferred June 1992.
Summa Cum Laude

## Experience

### HSBC, London, UK, Remote

*Head of AI, Cybersecurity Science and Analytics*: (June 2020 - Present) Leading the data driven application of Machine Learning and Artificial Intelligence techniques to solve the most pressing hard and big data cyber and security problems experienced within HSBC.

### Dragon Associates, LLC, Southlake, Texas

*Founder*: (August 2006 - Present) Consulting firm focused upon expert witness for patent litigation, patent strategy, strategic consulting, system architectural consulting, and application consulting for Internet of Things (IoT), RFID systems, technologies, and applications related to the Internet of Things, Big Data, and cybersecurity. Subject matter experts in RFID, IoT, Security, Artificial Intelligence, and mobile technologies, systems, and applications.

**APPENDIX 1 - 1**

DANIEL W. ENGELS, PH.D.                          CURRICULUM VITAE   2

## Southern Methodist University, Dallas, Texas

*Research Fellow, SMU AT&T Center for Virtualization*: (July 2020 - Present) Research Fellow supporting and performing scholarly research within the AT&T Center.

*Professor of Practice*: (January 2017 - May 2020) Professor within the Office of the Provost focused on online education and research at the intersection of the Internet of Things, Security, and Data Science. Founder and editor of the SMU Data Science Review journal, the primary publication platform for all SMU Master of Science in Data Science Capstone papers (https//scholar.smu.edu/datasciencereview).

*Director/Director of Curriculum, Master of Science in Data Science*: (January 2017 - September 2018) As one of the founding directors of the Master of Science in Data Science (MSDS) program, built and grew the MSDS on-line degree program from zero students in January 2015 to more than 300 students and more than $10 million in annual revenue by September 2018. Developed procedures and policies for and managed recruiting and oversight of lecturers and adjunct professors for the MSDS program and ensured continued quality of the education experience for all students. Grew the curriculum and degree program offerings with a focus on improving each course and creating an integrated curriculum that meets the educational needs of practicing data scientists. Founder of new on-line open access data science journal at SMU, SMU Data Science Review launched in 2017.

*Associate Professor, Department of Computer Science and Engineering*: (September 2013 - December 2016) *Co-Executive Director, Master of Science in Data Science*: (May 2014 - December 2016), developed and implemented new on-line only master's degree program in data science (MSDS) that began classes January 2015. Led the MSDS program from 0 students to over 300 students in less than 3 years with over $10 million per year in revenue. Developed on-line Database course for the MSDS program. Developed on-line Data and Network Security course for MSDS program. Redesigned and taught on-campus Computer Networking I and II. Researching and developing innovative technologies and techniques to provide valuable insights from the breadcrumbs and sandwiches of data generated by the Internet of Things (IoT) and mobile devices in their journeys throughout our world. Developing secure networking, software defined networks and communications technologies and systems that provide for improved city management and increased quality of life for all Smart City citizens.

*Visiting Fellow, Department of Computer Science and Engineering*: (August 2010 - August 2013) Developed technologies and systems based upon Internet of Things (IoT) technologies for secure mobile ad hoc networks targeting home healthcare and military applications. Key problems investigated include security for lightweight devices such as RFID tags and body area devices, secure communication protocols for lightweight devices, low-power device and system architectures, large, distributed data fusion

and analytics (big data) in IoT and secure data and object distribution in mobile environments.

## Vattaca, LLC dba VerifyItNow, Addison, Texas

*Co-Founder*: (October 2013 - August 2017) Angel backed startup company. Developed smart phone based secure IoT applications for authentication, anti-counterfeit, security, supply chain management, and item analytics. Primary product is a system capable of authenticating tagged products using a smart phone, providing direct marketing and analytic capabilities to product manufacturers and brand owners and providing enhanced product experiences to consumers. Led the development of a cloud based Data Storage and Data Analytics infrastructure capable of handling millions of transactions.

## Dupre Dimensions, Inc., Dallas, Texas

*Member*: (January 2013 - May 2013) Developed new technologies, products, and services in wireless communications, secure messaging, cryptography, and Internet of Thing systems. Developed and implementing the technical strategy to monetize and expand DDI's patent portfolio and develop products, services, partners and new businesses around DDI's portfolio and expertise. Led standardization efforts related to DDI's portfolio.

## Revere Security, Addison, Texas

*Chief Technology Officer*: (August 2009 - August 2012) Led the research, development, and technical strategy at Revere Security. Developed secure protocols utilizing the Hummingbird cipher. Developed rotor based ciphers extending Hummingbird to additional application domains. Led the development of numerous patent applications to protect the intellectual property of Revere Security. Led participation in EPCglobal and ISO secure RFID standards development. Developed technical partnerships with RFID, wireless sensor, and M2M companies. Industry advocate for a secure ubiquitous Internet of Things.

## University of Texas at Arlington, Arlington, Texas
## Texas Radio Frequency Innovation and Technology Center
## Department of Electrical Engineering.

*Associate Professor (with Tenure) Department of Electrical Engineering/Director, Texas Innovation Center* : (June 2006 - August 2009) Director of the Texas Radio Frequency Innovation and Technology Center (Texas Innovation Center). Led a multi-department, interdisciplinary team in the research and development of innovative radio frequency based technologies, devices, and systems. Developed graduate level RFID engineering courses and a graduate level curriculum in RFID systems. A critical aspect of my responsibilities included the building of relationships and cooperative

research programs with other research groups, professors, and researchers both within and without UTA. Invited to speak often at industrial and non-academic conferences in addition to peer-reviewed research publications.

## Massachusetts Institute of Technology, Cambridge, MA
## Healthcare Research Initiative
## Department of Mechanical Engineering.

*MIT Research Scientist/Healthcare Research Initiative Director* : (June 2005 - June 2006) Director and founder of the MIT Healthcare Research Initiative (HRI). The HRI was the leading research program investigating the use of RFID technologies to improve patient safety. As the leader of the HRI, setting all research directions, developing new avenues of research, developing and securing funding for activities, and developing new funding sources for the HRI. A critical aspect of my responsibilities is the building of relationships and cooperative research programs with other research groups, professors, and researchers both within and without MIT. Often invited to speak at industrial and non-academic conferences in addition to peer-reviewed research publications.

## Massachusetts Institute of Technology, Cambridge, MA
## Auto-ID Labs
## Department of Mechanical Engineering.

*MIT Research Scientist/Auto-ID Labs Director of Research:* (October 2003 – June 2005) Director of Research leading all activities of the Auto-ID Labs of MIT. As the leader of the Auto-ID Labs, setting all research directions, developing new avenues of research, developing and securing funding for activities, and developing new funding sources for the Auto-ID Labs. Responsible for developing new Auto-ID Labs member laboratories in unrepresented areas of the world. Primary RFID research is in the areas of the Reader Collision Problem, UHF tag antenna designs, tools for RFID use, the EPC System, and the impact of RFID on Sarbanes-Oxley Act compliance. Principle liaison to EPCglobal. Founding co-Chair of the EPCglobal Hardware Action Group. Led the development of the EPCglobal Gen2 UHF protocol. Invited to speak often at industrial and non-academic conferences in addition to peer-reviewed research publications.

## Massachusetts Institute of Technology, Cambridge, MA
## Auto-ID Center
## Department of Mechanical Engineering.

*MIT Sponsored Research Technical Supervisor/Auto-ID Center Director of Protocols:* (October 2002 – October 2003) Director of Protocols leading the research and development of RFID standards, protocols for their use, and compliance and compatibility tests for systems developed to these

standards. Led the development of the Auto-ID Class 1 Generation 1 UHF and HF protocols. Led the initial development of the EPC Gen2 UHF protocol. Primary RFID research is in the areas of the Reader Collision Problem, protocols for tag anti-collision, and RF signalling between tag and reader. Co-research advisor (with Prof. Sanjay Sarma) to several graduate students researching problems in RFID systems. Technical manager of the Auto-ID Center's Field Trial. Technical liaison to Auto-ID Center sponsors and potential sponsors. Often invited to speak at industrial and non-academic conferences in addition to peer-reviewed research publications.

*MIT Sponsored Research Technical Supervisor/Auto-ID Center Associate Director:* (March 2002 – October 2002) Associate Director in charge of managing the day-to-day research activities of the MIT Auto-ID Center Lab and all technical aspects of the design, deployment, and management of the Auto-ID Center's Field Trial. Technical liaison to Auto-ID Center sponsors and potential sponsors. Evangelist for the Auto-ID Center, speaking at industrial and non-academic conferences. Co-leader of action groups formed for the development of HF and UHF RFID tag interface standards recommendations. Co-research advisor (with Prof. Sanjay Sarma) to several graduate students researching problems related to RFID systems.

*MIT Sponsored Research Technical Supervisor/Auto-ID Center Program Manager:* (December 2000 – February 2002) Program Manager in charge of managing the day-to-day research activities of the MIT Auto-ID Center Lab and all technical aspects of the design, deployment, and management of the Auto-ID Center's Field Trial. Technical liaison to Auto-ID Center sponsors and potential sponsors.

*MIT Postdoctoral Associate:* (June 2000 – November 2000) Performed research in all areas related to the Auto-ID Center's system design, implementation, and application.

## Massachusetts Institute of Technology, Cambridge, MA. Laboratory for Computer Science (LCS)/Research Laboratory of Electronics (RLE)
## Department of Electrical Engineering and Computer Science.

*Research Assistant:* (September 1996 – June 2000) Doctoral research developed a new design scheme for the automated partitioning of embedded system functionality into hardware and software components. The partitioning scheme is based upon a novel approach that formulates the partitioning problem as a scheduling with rejection problem involving lag times. The scheduling problem allows jobs to be rejected, or not scheduled, and uses lag times to model communication delays. This scheduling problem is solved using a linear-time algorithm to obtain an allocation of functionality to either hardware or software and a deterministic schedule describing

the temporal behavior of the functionality. Additional research characterizes the complexity of scheduling problems involving lag times allowing job rejection was determined. This theoretical analysis provides a tight characterization of the complexity of these problems, identifying those scheduling problems that can be optimally solved in polynomial time and providing approximation schemes for some problems that are $\mathcal{NP}$-hard.

*Visiting Scientist*: (June 1995 – August 1996) Member of the SPAM group led by Prof. Srinivas Devadas at MIT. Research included designing the framework for a hardware/software codesign system. The codesign system consists of three main avenues for research: high-level analysis and synthesis (includes the hardware/software partitioning problem), automatic processor generation, and retargetable compilation. Investigated problems involved in designing small embedded systems and laid the foundation for my doctoral research.

## University of California, Berkeley, CA.
## Electronics Research Laboratory (ERL)
## Department of Electrical Engineering and Computer Science.

*Graduate Student Researcher*: (June 1993 – May 1995) Member of the Polis Hardware/Software CoDesign group led by Prof. Alberto Sangiovanni-Vincentelli. Master's thesis research involved investigating and implementing the automatic generation of a real-time task level scheduler within the Polis Codesign Environment.

*Graduate Student Instructor*: (August 1992 – May 1993) Teaching Assistant (TA) for the core Digital Design course. Duties included preparing and presenting discussion section materials, preparing and grading weekly lab assignments, and helping students with questions on class material, homeworks, lab assignments, and the course project. As 'Head' TA in Spring 1993 duties also included evaluating and creating exams, maintaining grading information for all students, and preparing and presenting special subject lectures.

## Eastman Kodak Company, Office Imaging Division, Rochester, NY.

*Summer Intern*: (Summer 1992) Redesigned the memory system on the main control board of a copier to take advantage of FLASH memory technology. Involved the research of FLASH memory technology, interacting with Intel sales representatives and technical support, interaction with socket vendors to obtain prototype sockets for the FLASH memory, use of Daisy/Cadnetix CAD tools to modify the existing schematic.

*Summer Intern*: (Summer 1991) Created an archival program for the released files generated by the Daisy/Cadnetix software. Created a data base for

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE   7

budgetary and maintenance purposes using the Ingres Relational Database
Software.

*Summer Intern*: (Summer 1990) Created three programs used to convert the
output files of the Daisy/Cadnetix software from one format to a format
usable by the manufacturing equipment for circuit board designs.

# Expert Witness Consulting and Testimony

*Linquet Technologies, Inc. v. Tile, Inc., Case No. 3:20-cv-05153 (N.D. Cal
Jul. 27, 2020)* and *Tile, Inc. v. Linquet Technologies, Inc., Case No.
IPR2021-00927 (P.T.A.B. May 13, 2021)*. United States District Court,
Northern District of California. Client Linquet, Inc. Attorneys Faegre,
Drinker, Biddle & Reath LLC. Consultant and expert witness in patent
litigation involving patents owned by Linquet, Inc. (US10,163, 318).

*Amtech Systems LLC v. Kapsch TrafficCom AG et al, Case No. 6:20-cv-
01044-ADA (W.D.Tx.)* United States District Court, Eastern District of
Texas Marshall Division. Client Amtech Systems LLC. Attorneys King &
Spalding LLP. Consultant and expert witness in patent litigation involving
patents owned by Amtech Systems, LLC. (US7,548,153, US8,427,279, and
US10,083,329).

*Northstar Systems, LLC v. Hennes & Mauritz AB, Case No. 2:20-cv-00407-
JRG (W.D.Tx.)* United States District Court, Eastern District of Texas
Marshall Division. Client Hennes & Mauritz AB. Attorneys Peroff Saun-
ders P.C. Consultant and expert witness in patent litigation involving
patents owned by Northstar Systems, LLC. (US6,614,349, US6,697,103,
and US8,493,442).

*Mynette Technologies, Inc. and Steven M. Colby v. The United States and
Gemalto, Inc., Case No. 16-1647 (Ct. Fed. Cl.)*. Client Gemalto, Inc.
Attorneys Mayer Brown LLC. Consultant and expert witness in patent lit-
igation involving patents owned by Mynett Technologies, Inc. and Steven
M. Colby (US7,719,425, US7,924,156, US9,524,458, and US9,568,777).

*ADASA, Inc. v. Avery Dennison Corporation, Case No. 6:17-cv-01685-TC.*
United States District Court, District of Oregon, Eugene Division. Client
ADASA, Inc. Attorneys Friedman, Suder & Cooke. Consultant and ex-
pert witness in patent litigation involving patents owned by ADASA, Inc.
(US9,798,967).

*Testified:* deposition, trial.

*Rokiot USA, LLC v. Samsung Electronics Co. and Samsung Electronics
America, Inc., Case No. 6:18-cv-00062.* United States District Court,
Eastern District of Texas Marshall Division. Client Samsung Electron-
ics. Attorneys Williams & Connolly LLP. Consultant and expert witness
in patent litigation involving two patents owned by Rokiot (US7,895,257
and US8,631,063).

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE   8

*Alarm.com Inc. & ICN Acquisition, LLC v. ipDatatel, LLC, Case No. 2:17-cv-00609-JRG.* United States District Court, Eastern District of Texas Marshall Division.  Client ipDatatel.  Attorneys Faegre Baker Daniels. Consultant and expert witness in patent litigation involving multiple patents owned by Alarm.com (US7,113,090, US7,633,385, US7,956,736, US8,478,871 and US9,141,276).

*Intellectual Ventures II LLC v. Fedex Corp., et al. Case No. 2:16-cv-00980-JRG.* United States District Court, Eastern District of Texas Marshall Division. Client Intellectual Ventures II. Attorneys Desmarais LLC. Consultant and expert witness in patent litigation involving three patents owned by Intellectual Ventures (US7,199,715, US9,047,586, and US6,909,356).

*Testified:* deposition, trial.

*Reexamination of patents US7,199,715, US9,047,586, and US6,909,356* Patent and Trial Appeal Board. Client Intellectual Ventures II. Attorneys Desmarais LLP. Consultant and expert witness in intellectual property review and patent litigation involving three patents owned by client. Wrote IPR declarations on validity of US7,199,715, US9,047,586, and US6,909,356.

*Testified:* deposition.

*Robert E. Morley, Jr., et al. v. Square, Inc, et al. Case No. 4:14-cv-00172-SNLJ.* United States District Court, Eastern District of Missouri Eastern Division.  Client Square, Inc., et al.  Attorneys Gibson Dunn.  Consultant and expert witness in trade secret litigation involving the design and information dissemination of the Square reader and system.

*Testified:* deposition.

*Sonix Technology Co., Ltd.  v.  Publications International, Ltd., SD-X Interactive, Inc., Encyclopedia Britannica, and Herff Jones, Inc.  Case No. 13-CV-2082.*  United States District Court, Northern District of Illinois Eastern Division. Client Publications International, Ltd., *et al.* Attorneys Freeborn and Peters. Consultant and expert witness in patent litigation involving two patents owned by Sonix. Patents cover dot based bar code technologies and systems utilizing those technologies in educational materials.

*Testified:* deposition.

*AmerisourceBergen Specialty Group, Inc.  v.  FFF Enterprises Inc.  Case No.  4:13-cv-755.*  Client AmerisourceBergen Specialty Group.  Attorneys Munck Wilson Mandala.  Consultant and expert witness in patent litigation involving one patent owned by client. Assistance included declarations for patent reexamination, validity and infringement.

*Testified:* deposition.

*NNPT, LLC v. Huawei Investment & Holding Co., Ltd., et al, Civil Action No. 2:14-cv-0677.* United States District Court for the Eastern District of Texas. Client Huawei *et al.* Attorneys Locke Lord Edwards LLP.

DANIEL W. ENGELS, PH.D.                        CURRICULUM VITAE   9

*Emmanuel C. Gonzalez v. Tagged, Inc., et al. Case No. 2:14-cv-906 (Consolidated lead case).* United States District Court for the Eastern District of Texas Marshall Division. Client Gonzalez. Attorneys Locke Lord Edwards LLP. Consultant and expert witness in patent litigation involving patents owned by client.

*Testified:* trial.

*Alien Technology Corp. v. Intermec, Inc., Intermec Technologies Corp., and Intermec IP Corp. Civil Action No. 3:06-CV-51.* United States District Court for the District of North Dakota Southeastern Division. Client Intermec. Attorneys Freeborn and Peters LLP. Consultant and expert witness in case involving infringement, non-infringement, validity, invalidity and patent reexamination of patents owned by both litigants.

*Testified:* deposition.

*Zebra Technologies Corporation & ZIH Corporation vs. Intermec, Inc. and Intermec IP. Case No:12-cv-09808.* United States District Court Northern District of Illinois Eastern Division. Client Intermec. Attorneys Perkins Coie. Consultant and expert witness in patent litigation involving five patents owned by opposing litigant. Assisted in developing the term constructions, invalidity, non-infringement and responsive reports. Case settled prior to Markman hearing.

*Long Range Systems v HME Wireless Civil Action No. 3:12-cv-03659-K.* United States District Court for the Northern District of Texas Dallas Division. Client HME Wireless. Attorneys Pillsbury Winthrop Shaw Pittman LLP. Consultant and expert witness in patent litigation involving patent owned by client involving the subject matter of a system that automatically identifies the location of a customer to whom an order is to be delivered in a restaurant. Wrote expert reports for Markman, Claim Construction, Response on Claim Construction. Opposing litigant filed motion to dismiss with prejudice.

*Reexamination of US Patent No. 5,644,489.* United States Patent and Trademark Office Reexamination Control No.: 90/012/437. Client Philippi-Hagenbuch, Inc. Attorneys Leydig, Voit & Mayer LTD. Consultant and potential expert witness for Philippi-Hagenbuch, Inc. Authored declaration in connection with the reexamination of US Patent No. 5,644,489. Reexamination of patent owned by client. Wrote declaration on validity.

## Selected Consulting Clients

## Evanhoe and Associates, Dayton, OH

*Technology Consultant*: (September 2014 - September 2015) Technical expertise and product and application research and design for mesh networks and RFID systems.

DANIEL W. ENGELS, PH.D.                              CURRICULUM VITAE    10

## Vattaca, LLC, Addison, TX

*Technology Consultant*: (September 2013 - September 2016) Technical exper-
tise and product and application research and design for mesh networks
and RFID systems.

## Dupre Dimensions, Dallas, TX.

*Technology Consultant*: (October 2012 - December 2012) Technical expertise
and business development for security and the Internet of Things. Working
with and advising the owners and managers to build a business based upon
the patent portfolio and products owned by Dupre Dimensions.

## ODIN Technologies, Reston, VA.

*Architectural Consultant*: (November 2003 - October 2006) Provide technical
expertise and advise on the design and deployment of RFID systems, sup-
ply chain processes, and application systems and develop technical white
papers and experimental evaluations for RFID systems. Projects include
the deployment of RFID systems for asset tracking at a U.S. law en-
forcement agency, airline baggage and cargo tracking, and case and pallet
identification at FMCG manufacturers.

## Mitsubishi Corporation, New York, NY.

*Strategic Consultant*: (May 2004 - September 2004) Developed a strategic
blueprint for Mitsubishi Corporation to provide services in secure ocean
cargo operations. Provided training sessions on C-TPAT, Container Secu-
rity Initiative (CSI), and Operation Safe Commerce (OSC) security man-
dates and programs.

## Stryker Homedical, Mahwah, NJ.

*RFID Expert Consultant*: (May 2004 - July 2004) Provided training and ed-
ucation on RFID technologies and their use within the manufacturing
environment. Developed an implementation plan for the deployment of
RFID technologies to improve manufacturing quality control.

# Honors/Awards

Ted Williams Award, awarded by AIM 2014

IEEE Senior Member promoted 2006
AIDC 100 inducted 2006

NCAA Division I East Coast Conference Scholar-Athlete Award in Wrestling
1992.
NCAA Division II Wrestling All-American 1991.

DANIEL W. ENGELS, PH.D.                              CURRICULUM VITAE    11

NCAA Division II Academic All-American 1991.

GAAN Fellowship 1993.
Clifford C. Furnas Scholar/Athlete Award/Fellowship 1992.
NSF Fellowship, Honorable Mention 1992.
University at Buffalo Honors Scholar 1988-1992.
New York State Empire Scholarship of Excellence 1988-1992.
New York State Regents Scholarship 1988-1992.
Herring College Scholarship 1988-1992.
Eastman Kodak Scholarship 1989-1992.
Grace W. Capen Memorial Award for Academic Excellence 1990.
Society of Logistics Engineers Scholarship 1989.


## Society Memberships

IEEE, Senior Member 2006.
AIDC 100 inducted 2006.
Upsilon Pi Epsilon inducted 2015 .
Tau Beta Pi inducted 1991.
Eta Kappa Nu inducted 1991.


## Community Activities

*Founder,* SMU Data Science Review Journal, 2017
*Editor in Chief,* SMU Data Science Review Journal, 2017-2020

*Faculty Advisor,* SMU Cybersecurity Club (SC)2, 2016-2020
*Faculty Advisor,* Tau Beta Pi, SMU, 2016-2019

*Chair,* IEEE Technical Committee on RFID, 2011-2012
*Secretary/Treasurer,* IEEE Technical Committee on RFID, 2014

*Co-Founder,* IEEE International Conference on RFID, 2007
*Patron Chair,* IEEE International Conference on RFID 2015
*Patron Chair,* IEEE International Conference on RFID 2014
*General Chair,* IEEE International Conference on RFID 2010
*General Chair,* IEEE International Conference on RFID 2009
*Program Chair,* IEEE International Conference on RFID 2008
*Program Chair,* IEEE International Conference on RFID 2007

*Associate Editor,* (2005-2009) International Journal of Radio Frequency Identification Technology and Applications, Inderscience.

*Co-Chair,* (2003-2005) EPCglobal Hardware Action Group.

DANIEL W. ENGELS, PH.D.                          CURRICULUM VITAE    12

## Patent Portfolio

### Issued U.S. Patents

1. Sarma, Sanjay; Engels, Daniel W.; Putta, Laxmiprasad; Ramachandran, Sridhar; and Waldrop, James L., "Method and Apparatus for Routing Data in an Automatic Identification System." U.S. Patent 7,621,447, issued November 24, 2009.

2. Sarma, Sanjay; Engels, Daniel W.; Nygren, Erik L.; Foley, Joseph T.; Brock, David L.; Sai, Kay-Yeung, "Object Name System." U.S. Patent 7,765,253, issued July 27, 2010.

3. Arumugam, Darmindra.D.; Ambravaneswaran, Vijayakrishnan; and Engels, Daniel W., "Single Antenna Single Reader System and Method for Locating a Tag." U.S. Patent 8,102,267, issued January 24, 2012.

4. Smith, Eric Myron; Engels, Daniel W.; Schweitzer, Peter; and Schultz, Troy A., "Hybrid Mode Cryptographic Method and System with Message Authentication." U.S. Patent 8,509,427, issued August 13, 2013.

5. Engels, Daniel W.; Lauffenburger, Kenneth Alan; Smith, Eric Myron; and Hicks, Troy, "Cryptographic Processor with Dynamic Update of Encryption State." U.S. Patent 8,515,059, issued August 20, 2013.

6. Engels, Daniel W.; Smith, Eric M.; and Mandel, Ross, "Authenticating and Managing Item Ownership and Authenticity." U.S. Patent 9,256,881, issued February 9, 2016.

7. Cink, James H.; Storey, Greggory K.; Jordan, Kyle K.; Austin, James W.; Evanhoe, Charles E.; Ivy, Bart; Engels, Daniel W.; Freeman, Daniel; Lauffenburger, Kenneth; Dills, Thomas; Brown, Kenneth S.; Leichter, Cheryl, "Pest Control and Detection System with Conductive Bait Matrix." U.S. Patent 10,085,435, issued October 2, 2018.

8. Engels, Daniel W.; Smith, Eric M.; and Mandel, Ross, "Authenticating and Managing Item Ownership and Authenticity." U.S. Patent 10,387,695, issued August 20, 2019.

## Publications

### Theses

1. Daniel W. Engels, Real-Time Task Level Scheduling in the Polis Co-Design Environment, Master's Thesis, University of California, Berkeley, 1995.

2. Daniel W. Engels, Scheduling for Hardware-Software Partitioning in Embedded System Design, PhD Thesis, Massachusetts Institute of Technology, 2000.

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE    13

## Journals

1. Massimiliano Chiodo, Daniel W. Engels, Paolo Giusto, Harry Hsieh, Attila Jurecska, Luciano Lavagno, Kei Suzuki, Alberto Sangiovanni-Vincentelli, "A Case Study in Computer-Aided Co-design of Embedded Controllers," *Design Automation for Embedded Systems,* Volume 1, Number 1-2, January 1996.

2. Mahadevan Balasubramaniam, Yogesh Joshi, Daniel Engels, Sanjay Sarma, and Zafar Shaikh, "Tool Selection in Three-Axis Rough Machining," *International Journal of Production Research,* Volume 39, Number 18:4215-4238, December 2001.

3. Sanjay Sarma, David Brock, and Daniel W. Engels, "Radio Frequency Identification and the Electronic Product Code," *IEEE Micro,* Volume 21, Number 6:50-54, November/December 2001.

4. Sanjay E. Sarma, Stephen A. Weis, and Daniel W. Engels, "Radio Frequency Identification Security Risks and Challenges," *RSA Laboratories CryptoBytes,* Volume 6, Number 1:2-9, Spring 2003.

5. Daniel W. Engels, David R. Karger, Stavros G. Kolliopoulos, Sudipta Sengupta, R.N. Uma, and Joel Wein, "Techniques for Scheduling with Rejection," *Journal of Algorithms,* Volume 49, Number 1: 175-191, 2003.

6. Katariina Penttilae Ruhanen, Daniel W. Engels, and Marku Kivikoski, "Radio Frequency Identification Systems in Supply Chain Management," *International Journal of Robotics and Automation,* Volume 19, Issue 3, ACTA Press, 2004.

7. Stefanie Alki Delichatsios, Daniel W. Engels, Leena Ukkonen, and Lauri Sydanheimo, "Albano Multidimensional UHF Passive RFID Tag Antenna Designs," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 1, Issue 1, Inderscience, 2006.

8. Leena Ukkonen, Marijke Schaffrath, Daniel W. Engels, Lauri Sydnheimo, and Markku Kivikoski, "Operability of Folded Microstrip Patch-Type Tag Antenna in the UHF RFID Bands within 865-928 MHz," *Antennas and Wireless Propagation Letters (AWPL),* Volume 5, Issue 1, December 2006.

9. Leena Ukkonen, Lauri Sydanheimo, Daniel W. Engels, and Markku Kivikoski, "Performance Comparison of Folded Microstrip Patch-Type Tag Antenna in the UHF RFID Bands within 865-928 MHz using EPC Gen1 and Gen2 Standards," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 1, Issue 2, Inderscience, 2007.

10. Darmindra D. Arumugam, Daniel W. Engels, and Amar Modi, "Environmental and Performance Analysis of SAW-Based RFID Systems," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 1, Issue 2, Inderscience, 2007.

Daniel W. Engels, Ph.D.                                 Curriculum Vitae   14

11. Darmindra D. Arumugam and Daniel W. Engels, "Characterization of RF propagation in metal pipes for passive RFID system," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 1, Number 3, pp 303-343, Inderscience, 2007.

12. Darmindra D. Arumugam and Daniel W. Engels, "Characterization of RF propagation in rectangular metal pipes for passive RFID systems," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 1, Number 4, pp 345-362, Inderscience, 2007.

13. Darmindra D. Arumugam, VijayaKrishnan Ambravaneswaran, Amar Modi, and Daniel W. Engels, "2D Localization using SAW-based RFID Systems: A Single Antenna Approach," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 1, Number 4, pp 417-438, Inderscience, 2007.

14. Sanjay Sarma, Peter Cole, Marlin H. Mickle, Daniel W. Engels, and Duncan McFarlane, "Guest Editorial Special Section on RFID," *IEEE Transactions on Automation Science and Engineering,* Volume 6, Number 1, January 2009, pages 1-3.

15. Darmindra D. Arumugam, Daniel W. Engels, and Marlin H. Mickle, "Specific Absorption Rates in the Human Head and Shoulder for Passive UHF RFID Systems," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 2, Number 1-2, pp 1-26, Inderscience 2009.

16. Darmindra D. Arumugam, Ananyaa Gautham, Gaurov Narayanaswamy, Nikhil Ayer, and Daniel W. Engels, "Impact of Human Presence on the Read Zones of Passive UHF RFID Systems," *International Journal of Radio Frequency Identification Technology and Applications,* Volume 2, Number 1-2, pp 46-64, Inderscience 2009.

17. Jae Sung Choi, Hyun Lee, Daniel W. Engels, and Ramez Elmasri, "Passive UHF RFID-Based Localization Using Detection of Tag Interference on Smart Shelf." IEEE Transactions on Systems, Man, and Cybernetics, Part C: Applications and Review. Volume 42, Issue 2, pp 268-275, March 2012.

18. You Sung Kang, Dong-Jo Park, Daniel W. Engels, and Dooho Choi, "KeyQ: A Dynamic Key Establishment Method Using an RFID Anti-Collision Protocol," IEICE Transactions on Fundamentals of Electronics Communications and Computer Science, Volume E97-A, Number 12, pp 2662- 2666, December 2014.

19. Yi Liu, He Wang, Junyu Wang, Kan Qian, Ning Kong, Kaijiang Wang, Lirong Zheng, Yi W. Shi and Daniel Engels, "Enterprise-Oriented IoT Name Service for Agricultural Product Supply Chain Management," International Journal of Distributed Sensor Networks, Volume 2015 Article ID 308165, 2015.

20. Xi Tan, Mianxiong Dong, Chen Wu, Kaotu Ota, Junyu Wang and Daniel Engels, "An Energy-Efficient ECC Processor of UHF RFID Tag for Banknote Anti-Counterfeiting," IEEE Access, issue 99, October 2016. DOI 10.1109/ACCESS.2016.2615003.

21. Xi Tan, He Wang, Junyu Wang, Lingzhi Fu, Hao Min, and Daniel Engels, "Collision Detection and Signal Recovery for UHF RFID Systems," IEEE Transactions on Automation Science and Engineering, Volume 15, Issue 1, pp. 239-250, January 2018.

## Book Chapters

1. Behnam Jamali, Peter H. Cole, and Daniel W. Engels, "RFID Tag Vulnerabilities in RFID Systems," In *Networked RFID Systems and Lightweight Cryptography: Raising Barriers to Product Counterfeiting*, Peter H. Cole and Damith C. Ranasinghe, editors. 2007.

## Conferences

1. Daniel W. Engels, David R. Karger, Stavros G. Kolliopoulos, Sudipta Sengupta, R.N. Uma, and Joel Wein, "Techniques for Scheduling with Rejection," In Gianfranco Bilardi, Giuseppe F. Italiano, Andrea Pietracaprina, and Geppino Pucci, editors, *ESA '98, Proceedings of the 6th Annual European Symposium on Algorithms, LNCS,* pages 490-501, Springer 1998.

2. Daniel W. Engels and Sanjay E. Sarma, "Towards an Open Architecture Specification Language," In *SPIE International Symposium on Intelligent Systems and Advanced Manufacturing,* pages 17-25, 1999.

3. Daniel W. Engels and Srinivas Devadas, "A New Approach to Solving the Hardware-Software Partitioning Problem in Embedded System Design," In *Proceedings SBCCI 2000, 13th Symposium on Integrated Circuits and Systems Design,* pages 275-280, 2000.

4. Daniel W. Engels, John Feldman, David Karger, and Matthias Ruhl, "Parallel Processor Scheduling with Delay Constraints," In *Symposium on Discrete Algorithms (SODA01),* pages 577-585, 2001.

5. Daniel W. Engels, Joseph Foley, James Waldrop, Sanjay E. Sarma, and David Brock, "The Networked Physical World: An Automated Identification Architecture," In *Proceedings of the Second IEEE Workshop on Internet Applications (WIAPP'01),* pages 76-77, San Jose, CA 2001.

6. Prabhat Jain, Srinivas Devadas, Daniel W. Engels, and Larry Rudolph, "Software-Assisted Cache Replacement Mechanisms for Embedded Systems," In *Proceedings of the IEEE/ACM International Conference on Computer Aided Design (ICCAD01),* November 4-8, 2001, San Jose, California, USA. ACM, 2001.

7. Sanjay E. Sarma, Stephen A. Weis, Daniel W. Engels, "RFID Systems and Security and Privacy Implications." In *CHES '02, 4th International*

*Workshop on Cryptographic Hardware and Embedded Systems*,, Redwood Shores, CA, USA, August 13-15, 2002. Lecture Notes in Computer Science (LNCS) 2523, pages 454-469, Springer, 2003.

8. Daniel W. Engels and Sanjay E. Sarma, "The Reader Collision Problem," in *Proceedings of IEEE International Conference on Systems, Man, and Cybernetics,* October 6-9, 2002, Hammamet, Tunisia, IEEE, 2002.

9. Peter H. Cole and Daniel W. Engels, "Auto-ID – 21st Century Supply Chain Technology," in *Proceedings of the Australian Electrical and Electronic Manufacturers Association (AEEMA) National Conference, Cleaner Greener Smarter 2002,* Melbourne, NSW, Australia. October 14-16, 2002.

10. Daniel W. Engels, Sanjay E. Sarma, Laxmiprasad Putta, and David Brock, "The Networked Physical World System," in *Proceedings of the IADIS International Conference on WWW/Internet 2002 (ICWI 2002),* pages 104-111, Lisbon, Portugal. November 13-15, 2002.

11. Steve Weis, Sanjay E. Sarma, Daniel W. Engels, and Ron Rivest, "Security and Privacy Aspects of Low-Cost Radio Frequency Identification Systems," in *Proceedings of First International Conference in Security in Pervasive Computing (SPC2003),* pages 201-212, Boppard, Germany, March 12-14, 2003. Lecture Notes in Computer Science (LNCS) 2802, Springer 2004.

12. James Waldrop, Daniel W. Engels, and Sanjay E. Sarma, "Colorwave: A MAC for RFID Reader Networks," in *Proceedings of IEEE Wireless Communications and Networking Conference (WCNC03),* New Orleans, Louisiana, USA. 16-20 March 2003.

13. James Waldrop, Daniel W. Engels, and Sanjay E. Sarma, "Colorwave: An Anticollision Algorithm for the Reader Collision Problem," in *Proceedings of IEEE International Conference on Communications (ICC03),* Anchorage, Alaska, USA. 11-15 May 2003.

14. Leena Ukkonen, Daniel W. Engels, Lauri Sydanheimo, and Marku Kivikoski, "Planar Wire-Type Inverted-F RFID Tag Antenna Mountable on Metallic Objects," *2004 IEEE AP-S International Symposium,* Monterey, California, USA. June 20-25, 2004.

15. Leena Ukkonen, Mikael Soini, Daniel W. Engels, Lauri Sydanheimo, and Marku Kivikoski, "Effect of Conductive Material in Objects on Identification with Passive RFID Technology: a Case Study of Cigarette Cartons," *2004 ICMA International Conference on Machine Automation,* Osaka, Japan. 24-26 November 2004.

16. Damith C. Ranasinghe, David M. Hall, Peter H. Cole, and Daniel W. Engels, "An Embedded UHF RFID Label Antenna for Tagging Metallic Objects," In *Proceedings of International Conference on Intelligent Sensors, Sensor Networks, and Information Processing (ISSNIP) 2004,* Melbourne, Australia, 14-17 December 2004.

17. Damith C. Ranasinghe, Daniel W. Engels, Peter H. Cole, "Security and Privacy Solutions for Low-Cost RFID Systems," In *Proceedings of International Conference on Intelligent Sensors, Sensor Networks, and Information Processing (ISSNIP) 2004,* Melbourne, Australia. 14-17 December 2004.

18. Leena Ukkonen, Daniel W. Engels, Lauri Sydanheimo, and Marku Kivikoski, "Folded Microstrip Patch Antenna for RFID Tagging of Objects Containing Metallic Foil," In *Proceedings of the 2005 IEEE AP-S International Symposium,* Washington D.C., USA, July 5-8, 2005.

19. Leena Ukkonen, Daniel W. Engels, Lauri Sydanheimo, and Marku Kivikoski, "Reliability of Passive RFID of Multiple Objects using Folded Microstrip Patch-Type Tag Antenna," In *Proceedings of the 2005 IEEE AP-S International Symposium,* Washington D.C., USA, July 5-8, 2005.

20. In K. Mun, Allan B. Kantrowitz, and Daniel W. Engels, "Emerging RFID Applications for Healthcare," In *Proceedings of 2005 IEEE International Conference on Service Operations and Logistics, and Informatics* (PSOI 2005), Beijing, China, August 10-12, 2005.

21. Damith C. Ranasinghe, Kin Seong Leong, Mun Leng Ng, Daniel W. Engels, and Peter H. Cole, "A Distributed Architecture for a Ubiquitous Item Identification Network," In *Proceedings of the 2005 Workshop on Smart Object Systems,* Tokyo, Japan, September 11, 2005.

22. Sivaram Cheekiralla and Daniel W. Engels, "A Functional Taxonomy of Wireless Sensor Network Devices," In *Proceedings of Basenets 2005: Second IEEE/CreateNet International Workshop on Broadband Advanced Sensor Networks,* Boston, MA, USA, October 3, 2005.

23. Damith C. Ranasinghe, Kin Seung Leong, Mun Ling Ng, Daniel W. Engels, and Peter H. Cole, "A Distributed Architecture for a Ubiquitous RFID Sensing Network," In *Proceedings of International Conference on Intelligent Sensors, Sensor Networks, and Information Processing (ISSNIP) 2005,* Melbourne, Australia. 5-8 December 2005.

24. Stefanie Alki Delichatsios and Daniel W. Engels, "The Albano Passive UHF RFID Tag Antenna," In *Proceedings of Waveform Diversity & Design Conference,* Lihue, Hawaii, USA. 22-27 January 2006.

25. Junius Ho, Daniel W. Engels, and Sanjay E. Sarma, "HiQ: A Hierearchical Q-Learning Algorithm to Solve the Reader Collision Problem," In *Proceedings of the Workshop on RFID and Extended Network: Deployment of Technologies and Applications,* co-located with the *International Symposium on Applications and the Internet (SAINT 2006),* January 27, 2006.

26. Sivaram Cheekiralla and Daniel W. Engels, "An IPv6-based Identification Scheme," In *Proceedings of the IEEE International Conference on Communications (ICC 2006),* Istanbul, Turkey, 11-15 June 2006.

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE    18

27. Stefanie Alki Delichatsios and Daniel W. Engels, "The Albano Passive UHF Tag Antenna: Design and Performance Evaluation," In *Proceedings of the IEEE Symposium on Antennas and Propagation Society (APS),* July 9-14, 2006.

28. Stefanie Alki Delichatsios, Leena Ukkonen, Daniel W. Engels, Lauri Sydanheimo, and Marku Kivikoski, "Folded Microstrip Patch-Type RFID Tag Antenna Mounted on a Box Corner," In *Proceedings of the IEEE APS International Symposium 2006 (APS 2006),* 9-14 July 2006.

29. Felicia C.A.I. Cox, Vikas K. Sharma, Alexander M. Klibanov, Bae-Ian Wu, Jin A. Kong, and Daniel W. Engels, "A Method to Investigate Non-Thermal Effects of Radio Frequency Radiation on Pharmaceuticals with Relevance to RFID Technology," In *Proceedings of the 28th Annual IEEE 2006 International Conference of the Engineering in Medicine and Biology Society (IEEE EMBC 2006),* New York, New York, USA, 30 August - 3 September 2006.

30. Sivaram Cheekiralla, Ariadna Quattoni, and Daniel W. Engels, "Load-Sensitive Routing with Directional Antennas," In *Proceedings of the 17th Annual IEEE International Conference on Personal, Indoor, and Mobile Radio Communications (PIMRC '06),* Helsinki, Finland, September 11-14, 2006.

31. Sivaram Cheekiralla and Daniel W. Engels, "Viral IP Address Assignment," In *Proceedings of the 31st Annual IEEE Conference on Local Computer Networks (LCN),* Tampa, Florida, USA, 14-17 November 2006.

32. Sivaram Cheekiralla and Daniel W. Engels, "Performance of TCP with Directional Antennas," In *Proceedings of the 31st Annual IEEE Conference on Local Computer Networks (LCN),* Tampa, Florida, USA, 14-17 November 2006.

33. In K. Mun, A.B. Kantrowitz, P.W. Carmel, K.P. Mason, and Daniel W. Engels, "Active RFID System Augmented with 2D Barcode for Asset Management in a Hospital Setting," In *Proceedings of the IEEE International Conference on RFID 2007 (IEEE RFID 2007),* Grapevine, Texas, USA, March 2007.

34. Sivaram Cheekiralla and Daniel W. Engels, "Routing in Heterogeneous Wireless Ad Hoc Networks," In *Proceedings of the Workshop on Wireless Mesh and Ad Hoc Networks (WiMAN 2007),* held in conjunction with *16th International Conference on Computer Communications Networks 2007 (ICCCN 2007),* Honolulu, Hawaii, USA. August 16, 2007.

35. Darmindra D. Arumugam, Ananyaa Gautham, Gaurov Narayanaswami, and Daniel W. Engels, "Impacts of RF Radiation on the Human Body in a Passive Wireless Healthcare Environment," in *Proceedings of Pervasive Computing Technologies for Healthcare (Pervasive Health 08),* Tampere, Finland, 31 January - 1 February 2008.

36. Darmindra Arumugam and Daniel W. Engels, "Characterization of RF Propagation in Helical and Toroidal Metal Pipes for Passive RFID Systems," in *Proceedings of IEEE International Conference on RFID 2008,* April 16-17, 2008, Las Vegas, NV.

37. Jun Sung Choi, Hyun Lee, Daniel W. Engels, and Ramez Elmasri, "Robust and Dynamic Bin Slotted Anti-Collision Algorithms in RFID System," in *Proceedings of IEEE International Conference on RFID 2008,* April 16-17, 2008, Las Vegas, NV.

38. Dilek Dagdelen Uysal, Jean-Pierre Emond, and Daniel W. Engels, "Evaluation of RFID Performance for a Pharmaceutical Distribution Chain: HF vs. UHF," in *Proceedings of IEEE International Conference on RFID 2008,* April 16-17, 2008, Las Vegas, NV.

39. Darmindra D. Arumugam and Daniel W. Engels, "Impacts of RF Radiation on the Human Body in a Passive RFID Environment," in *Proceedings of IEEE Symposium on Antennas and Propagation Society (APS),* San Diego, CA, USA, July 5 - 12, 2008.

40. Darmindra D. Arumugam and Daniel W. Engels, "Specific Absorption Rates in the Human Head and Shoulder for Passive UHF RFID Systems at 915MHz," in *Proceedings of the XXIX General Assembly of the International Union of Radio Science (2008 URSI General Assembly).* Chicago, IL, USA, August 7-17, 2008.

41. Darmindra D. Arumugam and Daniel W. Engels, "Characterization of RF Propagation in Muscle Tissue for Passive UHF RFID Tags,"in *Proceedings of the XXIX General Assembly of the International Union of Radio Science (2008 URSI General Assembly).* Chicago, IL, USA, August 7-17, 2008.

42. Darmindra D. Arumugam and Daniel W. Engels, "Specific Absorption Rates in Muscle Tissues for UHF RFID Reader Systems," in *Proceedings of the XXIX General Assembly of the International Union of Radio Science (2008 URSI General Assembly).* Chicago, IL, USA, August 7-17, 2008.

43. Darmindra D. Arumugam, Daniel W. Engels, and Marlin H. Mickle, "Method for the real-time localization of passive SAW-based RFID systems around corners," in *International Conference on Military Communications (MILCOM 2008),* San Diego, CA, USA, November 17-19, 2008.

44. Darmindra D. Arumugam, Daniel W. Engels, and Marlin H. Mickle, "An Analysis of Surface/Wire Currents and Charges of Commercially Available Passive UHF RFID Tag Antennas," in *IEEE International Radio and Wireless Symposium,* San Diego, CA, USA, January 18-22, 2009.

45. Darmindra D. Arumugam, Daniel W. Engels, and Marlin H. Mickle, "Specific Absorption Rates in Muscle Tissues for Passive UHF RFID Tag Backscatter," in *IEEE International Radio and Wireless Symposium (RWS 2009),* San Diego, CA, USA, January 18-22, 2009.

Daniel W. Engels, Ph.D.                    Curriculum Vitae   20

46. Darmindra D. Arumugam, Daniel W. Engels, and Marlin H. Mickle, "The use of Flare Structures in Increasing the Performance of Passive UHF RFID Tags within Metal Pipes," in *IEEE International Radio and Wireless Symposium,* San Diego, CA, USA, January 18-22, 2009.

47. Darmindra D. Arumugam, Daniel W. Engels, and Marlin H. Mickle, "Analysis of Orientation Dependence of Passive UHF RFID Tags in Wrist Straps for use in the Identification of Human Beings," in *IEEE International Radio and Wireless Symposium,* San Diego, CA, USA, January 18-22, 2009.

48. Nikhil Ayer and Daniel W. Engels, "Evaluation of ISO 18000-6C Artifacts," In *IEEE International Conference on RFID,* Orlando, FL, USA April 27-28, 2009.

49. R.S. Khasgiwale, R.U. Adyanthaya, and D.W. Engels, "Extracting Information from Tag Collisions," In *IEEE International Conference on RFID,* Orlando, FL, USA April 27-28, 2009.

50. Darmindra D. Arumugam and Daniel W. Engels, "Characterization of Passive UHF RFID Tags in Toroidal Metal Pipes," in *IEEE APS/URSI Antennas and Propagation Society International Symposium 2009,* Charleston, SC, USA, June 1-5, 2009.

51. Darmindra D. Arumugam and Daniel W. Engels, "Characteristics of Passive UHF RFID Tags on Metal Slabs," in *IEEE APS/URSI Antennas and Propagation Society International Symposium 2009,* Charleston, SC, USA, June 1-5, 2009.

52. Darmindra D. Arumugam and Daniel W. Engels, "Characteristics of Passive UHF RFID Tags on Liquids," in *IEEE APS/URSI Antennas and Propagation Society International Symposium 2009,* Charleston, SC, USA, June 1-5, 2009.

53. Darmindra D. Arumugam and Daniel W. Engels, "The Utility of Negative Refractive Index Metamaterials as Passive UHF RFID Tag Inlays," in *IEEE APS/URSI Antennas and Propagation Society International Symposium 2009,* Charleston, SC, USA, June 1-5, 2009.

54. Jae Sung Choi, Hyun Lee, Ramez Elmasri, and Daniel W. Engels, "Localization Systems Using Passive UHF RFID," in *2009 Fifth International Joint Conference on INC, IMS, and IDC,* Seoul, Korea, August 25-27, 2009.

55. X. Fan, H. Hu, G. Gong, E.M. Smith, and D.W. Engels, "Lightweight Implementation of Hummingbird Cryptographic Algorithm on 4-bit Microcontrollers," in *First International Workshop on RFID Security and Cryptography 2009 (RISC'09),* London, UK, November 10, 2009.

56. D.W. Engels, X. Fan, G. Gong, H. Hu, and E.M. Smith, "Hummingbird: Ultra-Lightweight Cryptography for Resource Constrained Devices," in *First International Workshop on Lightweight Cryptography for Resource Constrained Devices (WLC'2010),* LNCS 6054, pp 3-18, Tenerife, Canary Islands, Spain, January 25-28, 2010.

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE    21

57. G. Narayanaswamy, S.K. Jagannatha, and D.W. Engels, "Blocking Reader: Design and Implementation of a Low-Cost Passive UHF RFID Blocking Reader," in *IEEE International Conference on RFID 2010 (IEEE RFID 2010),* Orlando, Florida, USA, April 14-16, 2010.

58. G. Narayanaswamy, S.K. Jagannatha, and D.W. Engels, "Performance of a Blocking Reader on a Human Body," in *2010 IEEE International Symposium on Antennas and Propagation (APS2010),* Toronto, Ontario, Canada. July 11-17, 2010.

59. A. Jain, S. Agarwal, and D.W. Engels, "Effect of Human on Radiation Pattern of Passive UHF RFID Tag," in *2010 IEEE International Symposium on Antennas and Propagation (APS2010),* Toronto, Ontario, Canada. July 11-17, 2010.

60. A. Jain, S. Agarwal, S.K. Jagannatha, and D.W. Engels, "Performance Analysis of Alien Squiggle Tag in Human Presence," in *2010 IEEE International Symposium on Antennas and Propagation (APS2010),* Toronto, Ontario, Canada. July 11-17, 2010.

61. Paul Krier, Sai Nava Patanjali Seshabhattar, Jason Pereira, Daniel W. Engels, and Suku Nair, "Lightweight Key Agreement with Key Chaining," In *Proceedings of MeshTech 2010,* San Francisco, CA, USA, November 8, 2010.

62. Sai Nava Patanjali Seshabhattar, Priyanka Nirmala Yenigalla, Paul Krier, and Daniel W Engels, "Hummingbird Key Establishment Protocol For Low-Power ZigBee," In *Proceedings of the IEEE Consumer Communications and Networking Conference (CCNC 2011),* Las Vegas, Nevada, USA, January 9-12, 2011.

63. Paul Krier, Sai Nava Patanjali Seshabhattar, Daniel W Engels, and Suku Nair, "Cloaking RFID Tags," In *Proceedings of the IEEE Consumer Communications and Networking Conference (CCNC 2011),* pp 1036-1040, Las Vegas, Nevada, USA, January 9-12, 2011.

64. Daniel Engels, Markku-Juhani O. Saarinen, Peter Schweitzer, and Eric M. Smith, "The Hummingbird-2 Lightweight Authenticated Encryption Algorithm." A. Juels and C. Paar (Eds.): RFIDsec 2011, LNCS 7055, pp. 19–31. Springer, Heidelberg (2011).

65. S. Seshabhattar, S.K. Jagannatha, and D.W. Engels, "Security Implementation within GEN2 Protocol," in Proceedings of 2011 IEEE International Conference on RFID-Technologies and Applications (RFID-TA), pp. 402 - 407, 15-16 Sept 2011.

66. Jae Sung Choi, Mingon Kang, Ramez Elmasri, and Daniel W. Engels, "Investigation of Impact Factors for Various Performances of Passive UHF RFID System," in Proceedings of 2011 IEEE International Conference on RFID-Technologies and Applications, pp 152-159, 15-16 Sept 2011.

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE    22

67. Xinxin Fan, Guang Gong, Daniel W. Engels, and Eric M. Smith, "A Lightweight Privacy-Preserving Mutual Authentication Protocol for RFID Systems," In Proceedings of 2011 IEEE Globecom Workshops, pp 1083-1087, 5-9 Dec. 2011.

68. Markku-Juhani O. Saarinen and Daniel W. Engels, "A Do-It-All Cipher for RFID: Design Requirements," Directions in Authenticated Ciphers (DIAC), Stockholm, Sweden, 5-6 July 2012.

69. Pedro Reyes, Daniel W. Engels, and Jaska, "The Use of RFID Systems in Humanitarian Operations and Crisis Management," in Proceedings of 12th International Decision Sciences Institute & the 18th Asia Pacific DSI Conference, July 9-13, 2013. Bali, Indonesia.

70. Daniel W. Engels, Yousung Kang, and Junyu Wang, "On Security with the New Gen2 RFID Security Framework," in Proceedings of IEEE International Conference on RFID 2013, Orlando, FL. USA, April 29-May 2 2013.

71. Charlie A Albright, Spencer A. Kaiser, Luke W. Oglesbee and Daniel W. Engels, "Forward Error Correction in Passive UHF Gen2 Communications," in Proceedings of IEEE International Conference on RFID, San Diego, CA, USA, April 15-17, 2015.

72. Shaibal Chakrabarty, Salena Thathapudi and Daniel W. Engels, "Black SDN for the Internet of Things," in Proceedings of the 12th IEEE International Conference on Mobile Ad-hoc and Sensor Systems (IEEE MASS 2015), Dallas, TX, USA, October 19-22 2015.

73. Shaibal Chakrabarty and Daniel W. Engels, "A Secure IoT Architecture for Smart Cities," in Proceedings of IEEE CCNC 2016. Las Vegas, NV, USA. 2016.

74. Shaibal Chakrabarty and Daniel W. Engels, "Black Networks for Bluetooth Low Energy," in Proceedings of IEEE ICCE 2016. Las Vegas, NV, USA. 2016. (Best Paper Award Winner)

75. Shaibal Chakrabarty, Monica John, and Daniel W. Engels, "Black Routing and Node Obscuring in IoT," in Proceedings of IEEE World Forum on the Internet of Things (WF-IoT) 2016. Reston, VA, USA December 2016.

76. Saurabh Gupta, Jennifer Dworak, Daniel Engels, Al Crouch, "Mitigating Simple Power Analysis Attacks on LSIB Key Logic," in Proceedings of IEEE North Atlantic Test Workshop (NATW), Providence, RI, USA, 8-10 May 2017.

77. Saurabh Gupta, Al Crouch, Jennifer Dworak, Daniel Engels, "Increasing IJTAG Bandwidth and Managing Security Through Parallel Locking-SIBs," in Proceedings of IEEE International Test Conference (ITC), Fort Worth, TX, USA, 31 Oct-2 Nov 2017.

78. Eman Ababtain and Daniel Engels, "Gesture Based CAPTCHAs the Use of Sensor Readings to Solve CAPTCHA Challenge on Smartphones," 2019 International Conference on Computational Science and Computational Intelligence (CSCI), pp. 113-119, Las Vegas, NV, USA, 2019.

79. Eman Ababtain and Daniel Engels, "Security of Gestures Based CAPTCHAs," 2019 International Conference on Computational Science and Computational Intelligence (CSCI), pp. 120-126, Las Vegas, NV, USA, 2019.

80. Shaibal Chakrabarty, Daniel W. Engels, and Luke Wood, "Consumer Frameworks for Smart Environments," in Proceedings of International Conference on Consumer Electronics - Berlin, 9-12 November 2020.

81. Shaibal Chakrabarty and Daniel W. Engels, "Secure Smart Cities Framework Using IoT and AI," in Proceedings of Global Conference on Artificial Intelligence & Internet of Things (GCAIoT) 2020, 12-16 December 2020.

82. Shaibal Chakrabarty, Daniel W. Engels, and Luke Wood, "Smart City Mobile IoT Management with DLTs," in Proceedings of the International Conference on Consumer Electronics, 10-12 January 2021.

83. Shaibal Chakrabarty and Daniel W. Engels, "The Social and Ethical Implications of Smart Environments in the Age of Big Data," in Proceedings of Smart System International Conference (SSIC), 2021.

## SMU Data Science Review

1. Lee, Brian; Amaresh, Sandhya; Green, Clifford; and Engels, Daniel W., "Comparative Study of Deep Learning Models for Network Intrusion Detection," *SMU Data Science Review,* Vol. 1, No. 1, 2018.

2. Wallmark, Marie; Greenberg, Eyal; and Engels, Daniel W., "Consumer Welfare and Price Discrimination: A Fine Line," *SMU Data Science Review,* Vol. 1, No. 1, 2018.

3. Mares, Miguel; Gilles, Salomon; Gobran, Brian D.; and Engels, Daniel W., "How Much Privacy Do We Have Today? A Study of the Life of Marc Mezvinsky," *SMU Data Science Review,* Vol. 1, No. 1, 2018.

4. Godfrey-Welch, Darlene; Lagrois, Remy; Law, Jared; Anderwald, Russell Scott; and Engels, Daniel W., "Blockchain in Payment Card Systems," *SMU Data Science Review,* Vol. 1, No. 1, 2018.

5. Cline, Vishi; Dharwadkar, Abhishek; Goyal, Rajni; Engels, Daniel W.; Srinivas, Raghuram; and Rafiqi, Sohail, "Stack Overflow Question Retrieval System," *SMU Data Science Review,* Vol. 1, No. 2, 2018.

6. Yao, Yao; Angelov, Ivelin; Rasmus-Vorrath, Jack; Lee, Mooyoung; and Engels, Daniel W., "Yelp?s Review Filtering Algorithm," *SMU Data Science Review,* Vol. 1, No. 3, 2018.

7. Karanja, Alice; Engels, Daniel W.; Zerouali, Ghizlane; and Francisco, Ariel, "Unintended Consequences of Location Information: Privacy Implications of Location Information Used in Advertising and Social Media," *SMU Data Science Review,* Vol. 1, No. 3, 2018.

8. Azhar, Hassan; Allam, Zoheb; Varghese, Gino; Engels, Daniel W.; and John, Sajiny, "Minimizing the Perceived Financial Burden Due to Cancer," *SMU Data Science Review,* Vol. 1, No. 3, 2018.

9. Przybyla, Matthew; Tran, David; Whelpley, Amber; and Engels, Daniel W., "Finding Truth in Fake News: Reverse Plagiarism and other Models of Classification," *SMU Data Science Review,* Vol. 1, No. 4, 2018.

10. Alvarado, Cynthia; Devadoss, Nithya; Rivens, Rob; and Engels, Daniel W., "It?s Your Data: A Blockchain Solution to Facebook?s Data Stewardship Problem," *SMU Data Science Review,* Vol. 1, No. 4, 2018.

11. Barry-Straume, Jostein; Tschannen, Adam; Engels, Daniel W.; and Fine, Edward, "An Evaluation of Training Size Impact on Validation Accuracy for Optimized Convolutional Neural Networks," *SMU Data Science Review,* Vol. 1, No. 4, 2018.

12. Atakpa, Atsu; Farrugia, Emmanuel; Tyree, Ryan; Engels, Daniel W.; and Sparks, Charles, "Improving Gas Well Economics with Intelligent Plunger Lift Optimization Techniques," *SMU Data Science Review,* Vol. 1, No. 4, 2018.

13. Lubich, Jeremy; Thomas, Kyle; and Engels, Daniel W., "Identification and Classification of Poultry Eggs: A Case Study Utilizing Computer Vision and Machine Learning," *SMU Data Science Review,* Vol. 2, No. 1, 2019.

14. Gozdzialski, Scott; Stern, Alex; Fasere, Ireti; and Engels, Daniel W., "The Simultaneous Detection and Classification of Mass and Calcification Leading to Breast Cancer in Mammograms," *SMU Data Science Review,* Vol. 2, No. 1, 2019.

15. Geislinger, Dana; Thigpen, Cory; and Engels, Daniel W., "Longitudinal Analysis with Modes of Operation for AES," *SMU Data Science Review,* Vol. 2, No. 2, 2019.

16. Morgan, Christopher D.; Rodriguez, Caroll; MacVittie, Korey; Slater, Robert; and Engels, Daniel W., "Identifying Undervalued Players in Fantasy Football," *SMU Data Science Review,* Vol. 2, No. 2, 2019.

17. Lazenby, Gregory A.; Wong, Kim; and Engels, Daniel W., "A Personalized Approach to Understanding Human Emotions," *SMU Data Science Review,* Vol. 2, No. 2, 2019.

18. Tanyuk, Olha; Davieau, Daniel; South, Charles; and Engels, Daniel W., "Machine Learning Predicts Aperiodic Laboratory Earthquakes," *SMU Data Science Review,* Vol. 2, No. 2, 2019.

19. Ludwig, Laura; Hightower, Mallory; Engels, Daniel W.; and McGee, Monnie, "Analyzing Influences on U.S. Baby Name Trends," *SMU Data Science Review,* Vol. 2, No. 3, 2019.

20. Shaw, David; and Engels, Daniel W., "The Data Market: A Proposal to Control Your Data," *SMU Data Science Review,* Vol. 2, No. 3, 2019.

21. Crane, Allen; Freidrich, Brock; Fehlman, William; Frolow, Igor; and Engels, Daniel W., "A Novel Methodology to Identify the Primary Topics Contained within the COVID-19 Research Corpus," *SMU Data Science Review,* Vol. 3, No. 2, 2020.

## Other Major Publications

1. Daniel W. Engels, Robin Koh, Elaine Lai, and Edmund Schuster, Improving Visibility in the DoD Supply Chain, *Army Logistician,* 36(3): 20-23, May/June 2004.

2. Ed Schuster, Daniel W. Engels, and Robin Koh, RFID vs Auto-ID, *APICS eNews,* Vol. 4, No. 1. APICS - The Educational Society for Resource Management, Alexandria, Virginia, January 2004.

## Technical Reports

1. Daniel W. Engels, Real-Time Task Level Scheduling in the Polis Co-Design Environment, Technical Report UCB/ERL M95/101, Electronics Research Laboratory, University of California, Berkeley, 1995.

2. Daniel W. Engels, David Karger, and Srinivas Devadas, Complexity results for Single Machine Distance Constrained Scheduling Problems, Technical Report MIT-LCS-TM-587, Laboratory for Computer Science, Massachusetts Institute of Technology, 1998.

3. Daniel W. Engels, The Graticule Coordinate Code, Technical Report MIT-AUTOID-TM-001, Auto-ID Center, Massachusetts Institute of Technology, November 2000.

4. Daniel W. Engels, A Review of the GTAG Proposal, Technical Report MIT-AUTOID-TM-002, Auto-ID Center, Massachusetts Institute of Technology, November 2000.

5. Daniel W. Engels, The Reader Collision Problem, Technical Report MIT-AUTOID-WH-007, Auto-ID Center, Massachusetts Institute of Technology, November 2001.

6. Silvio Albano and Daniel W. Engels, Auto-ID Center Field Trial: Phase I Summary, Technical Report MIT-AUTOID-TR-006, Auto-ID Center, Massachusetts Institute of Technology, June 2002.

7. Daniel W. Engels, On the Design of Globally Unique Identification Schemes, Technical Report MIT-AUTOID-TM-007, Auto-ID Center, Massachusetts Institute of Technology, June 2002.

8. Daniel W. Engels, A Comparison of the Electronic Product Code Identification Scheme and the Internet Protocol Address Identification Scheme, Technical Report MIT-AUTOID-TM-008, Auto-ID Center, Massachusetts Institute of Technology, June 2002.

9. Daniel W. Engels, The Use of the Electronic Product Code, Technical Report MIT-AUTOID-TM-009, Auto-ID Center, Massachusetts Institute of Technology, February 2003.

10. Daniel W. Engels, EPC-256: The 256-bit Electronic Product Code Representation, Technical Report MIT-AUTOID-TM-010, Auto-ID Center, Massachusetts Institute of Technology, February 2003.

11. Sanjay Sarma and Daniel W. Engels, On the Future of RFID Tags and Protocols, Technical Report MIT-AUTOID-TR-018, Auto-ID Center, Massachusetts Institute of Technology, June 2003.

12. Daniel W. Engels, Healthcare Research Initiative: Research Plan 2005-2008, Technical Report MIT-HRI-TM-001, Healthcare Research Initiative, Massachusetts Institute of Technology, 7 February 2005. Revised 6 August 2005.

13. Daniel W. Engels and In Ki Mun, Using the FEI in a Unique Object Identification Scheme, Technical Report MIT-HRI-TM-002, Healthcare Research Initiative, Massachusetts Institute of Technology, 1 July 2005.

14. Robert J. Zanghi, Daniel W. Engels, and James J. Sheehan, Fundamentals of Object Attributes and Object Identification, Technical Report MIT-HRI-TM-003, Healthcare Research Initiative, Massachusetts Institute of Technology, 7 July 2005. Revised 12 August 2005.

15. Daniel W. Engels, On Ghost Reads in RFID Systems, Technical Report AUTOIDLABS-WP-SWNET-010, Auto-ID Labs, September 2005.

16. Daniel W. Engels and Sanjay E. Sarma, Standardization Requirements within the RFID Class Structure Framework, Technical Report AUTOID-LABS-WP-SWNET-011, Auto-ID Labs, September 2005.

17. Kin Seong Leong, Mun Leng Ng, and Daniel W. Engels, EPC Network Architecture, Technical Report AUTOIDLABS-WP-SWNET-012, Auto-ID Labs, September 2005.

18. Damith C. Ranasinghe, Daniel W. Engels, and Peter H. Cole, Low-Cost RFID Systems: Confronting Security and Privacy, Technical Report AUTO-IDLABS-WP-SWNET-013, Auto-ID Labs, September 2005.

19. Peter H. Cole and Daniel W. Engels, Auto-ID 21st Century Supply Chain Technology, Technical Report AUTOIDLABS-WP-SWNET-015, Auto-ID Labs, September 2005.

20. Jonathan Wolk, Richard Redemski, Uttara Marti, Rich Fletcher, and Daniel W. Engels, Packaging and RFID: Incorporating RFID in the Real

World, Technical Report AUTOIDLABS-WP-HARDWARE-021, Auto-ID Labs, September 2005.

21. Daniel W. Engels, Review of RFID Technologies, Technical Report MIT-HRI-TM-004, Healthcare Research Initiative, Massachusetts Institute of Technology, 22 October 2005.

22. D. Engels, X. Fan, G. Gong, H. Hu and E. Smith Ultra-lightweight Cryptography for Low-cost RFID Tags: Hummingbird Algorithm and Protocol, Technical Report, CACR 2009-29, Center for Applied Cryptographic Research, University of Waterloo, 2009.

## Theses Supervised by Daniel W. Engels, Ph.D.

### Bachelor's Theses

1. Lai, Elaine M., "An Analysis of the Department of Defense Supply Chain: Potential Applications of the Auto-ID Technology to Improve Effectiveness," Bachelor's Thesis. Massachusetts Institute of Technology. May 2003.

2. Delichatsios, Stefanie Alki, "UHF Antenna Design for RFID Packaging Environment," Bachelor's Thesis. Massachusetts Institute of Technology. May 2005.

3. Okano, Stephen Hiroshi, "An Automated Secure Distributed Management System," Bachelor's Thesis. Massachusetts Institute of Technology. June 2005.

4. Bridge, Michael Christopher, "UHF Passive RFID Tag Antenna Design for a Bottle of Water," Bachelor's Thesis. Massachusetts Institute of Technology. May 2006.

5. Desai, Mayur, "A Network-Layer Analysis of Wireless Traffic at MIT," Bachelor's Thesis. Massachusetts Institute of Technology. May 2006.

### Master's Theses

1. Lee, Rusty, "VORTOS: Versatile Object-oriented Real-Time Operating System," Master of Engineering. Massachusetts Institute of Technology. May 2001.

2. Yu, Kenneth Kwan-Wai, "RFIDSim - A Discrete Event Simulator for Radio Frequency Identification Systems," Master of Engineering. Massachusetts Institute of Technology. September 2003.

3. Ho, Junius, "Solving the Reader Collision Problem with a Hierarchical Q-Learning Algorithm," Master of Engineering. Massachusetts Institute of Technology. February 2003.

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE    28

4. Schannon, David R., "The Impact of Radio Frequency Identification on the Sarbanes-Oxley Act of 2002," Master of Engineering. Massachusetts Institute of Technology. May 2005.

5. Marti, Uttara P., "Enhancement of Electromagnetic Propagation Through Complex Media for Radio Frequency Identification," Master of Engineering. Massachusetts Institute of Technology. June 2005.

6. Wolk, Jonathan E., "Graphical Real-Time Simulation Tool for Passive UHF RFID Environments," Master of Engineering. Massachusetts Institute of Technology. June 2005.

7. Yu, Joseph Hon, "Auto-configuration of Savants in a Complex, Variable Network," Master of Engineering. Massachusetts Institute of Technology. June 2005.

8. Redemske, Richard Michael, "An Electromagnetic Measurement Tool for UHF RFID Diagnostics," Master of Engineering. Massachusetts Institute of Technology. September 2005.

9. Delichatsios, Stefanie Alkistis, "Multi-Dimensional Ultra-High Frequency Passive Radio Frequency Identification Tag Antenna Designs," Master of Engineering. Massachusetts Institute of Technology. June 2006.

10. Uysal, Dilek Dagdelen, "Improving the Readability of RFID Tagged Pharmaceutical Products and Food Supplements Inside a Modified Sealed Tote," Master of Science, University of Florida, December 2007. (Co-Advisor)

11. Arumugam, Darmindra, "Characterization of Radio Frequency (RF) Propagation in Metal Pipes for Passive Radio Frequency Identification (RFID) Systems," Master of Science, University of Texas at Arlington, December 2007.

12. Gautham, Ananyaa, "Practical Evaluation and Analysis of Passive UHF RFID Tags," Master of Science, University of Texas at Arlington, May 2008.

13. Ayer, Nikhil, "Evaluation of ISO 18000-6 Type-C Class 1 Generation 2 RFID Protocol Artifacts," Master of Science, University of Texas at Arlington, December 2008.

14. Alvarez, Carmen, "Measurement Evaluation of RFID Systems for 'First Strike Rations' Application," Master of Science, University of Texas at Arlington, May 2009.

15. Jain, Amit, "Athena: RFID Tag Metrics," Master of Science, University of Texas at Arlington, December 2009.

16. Khasgiwale, Rushikesh, "Utilizing Physical Layer Information to Improve RFID Tag Identification Rate," Master of Science, University of Texas at Arlington, December 2009.

17. Narayanaswamy, Gaurov, "Blocking Reader: Design and Implementation of a Passive UHF RFID Blocking Reader," Master of Science, University of Texas at Arlington, December 2009.

18. Pereira, Jason Francis, "Theia: Radio Frequency Identification Performance Analysis Tool," Master of Science, University of Texas at Arlington, December 2009.

19. Seshabhattar, Sai Nava Patanjali, "Comparison of the Hardware Implementation of Multiple Cryptographic Algorithms to Determine Their Suitability for Passive UHF RFID Systems," Master of Science, University of Texas at Arlington, December 2009.

20. Desai, Pranav, "Implementation of Autonomous Navigation and Obstacle Avoidance on an Unmanned Ground Vehicle," Master of Science, University of Texas at Arlington, May 2010.

21. Chopra, Kirti, "Physics Behind RFID Smart Card Security in Context of Privacy," Master of Science, University of Texas at Arlington, May 2010.

22. Spring, Michael Tyler, "The Unreliable Assignment Problem," Master of Science, Southern Methodist University, May 2016.

23. O'Connor, William, "Classification and Time Series Forecasting: Applications in the Stock Market," Master of Science, Southern Methodist University, May 2016.

24. John, Monica, "Mitigating Traffic Analysis Attacks in Wireless Ad Hoc Black Networks," Master of Science, Southern Methodist University, December 2016.

25. Gangloff, Nicholas A., "Rights of Data," Master of Science, Southern Methodist University, May 2017.

## Doctoral Theses - Reader

1. Jamali, Benham, "High-Performance RFID Systems," Doctor of Philosophy, University of Adelaide, Adelaide, Australia. November 2005.

2. Foley, Joseph, "Security Approaches for Radio Frequency Identification Systems," Doctor of Philosophy, Massachusetts Institute of Technology, Cambridge, Massachusetts, USA. December 2006.

3. Ranasinghe, Damith, "New Directions in Advanced RFID Systems," Doctor of Philosophy, University of Adelaide, Adelaide, Australia. May 2007.

4. Ng, Mun Leng, "Design of High Performance RFID Systems for Metallic Item Identification," Doctor of Philosophy, University of Adelaide, Adelaide, Australia. November 2008.

5. Jiang, Wei, "Multi-Port Power Electronic Interface for Renewable Energy Sources," Doctor of Philosophy, University of Texas at Arlington, Arlington, Texas, USA. September 2009.

6. Lee, Hyun, "Context Reasoning Under Uncertainty Based on Evidential Fusion Networks in Home-Based Care," Doctor of Philosophy, University of Texas at Arlington, Arlington, Texas, USA. August 2010.

7. Choi, Jae Sung, "Accurate and Cost Efficient Object Localization System Using Passive UHF RFID," Doctor of Philosophy, University of Texas at Arlington, Arlington, Texas, USA. May 2011.

8. Hall, David. "Antennas, Waves, and Circuits in Radio Frequency Identification," Doctor of Philosophy, University of Adelaide, Adelaide, Australia. December 2011.

9. Al Ibrahim, Omar, "Security Fusion: A New Security Architecture for Resource-Constrained Embedded Environments," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA. May 2012.

10. Papa, Steve M., "A Behavioral Intrusion Detection System for SCADA Systems," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA. May 2013.

11. Riedesel, Stark N., "Cost-Performance Analysis of Cloud-Based Biometric Systems," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA. May 2014.

12. Abraham, Subil M., "Cybersecurity Analytics: Stochastic Models for Security Quantification," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA. May 2016.

13. Gupta, Saurabh, "Improving System-on-Chip Test Networks for: Bandwidth, Security and Power," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA. May 2018.

14. Horne Jr., R. Dwight, "The Prom Problem: Fair and Privacy-Enhanced Matchmaking with Identity Linked Wishes," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA, May 2020.

## Doctoral Theses

1. Sivaram Cheekiralla, "Routing in Heterogeneous Wireless Ad Hoc Networks," Doctor of Philosophy, Massachusetts Institute of Technology, Cambridge, MA, USA. June 2008.

2. Shaibal Chakrabarty, "Black Networks in Smart Cities," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA. December 2018.

3. Eman Ababtain, "Gestures Based CAPTCHAs: The Use of Sensor Readings to Solve CAPTCHA Challenge on Smartphones," Doctor of Philosophy, Southern Methodist University, Dallas, Texas, USA. May 2020.

## Academic Conference Invited Keynotes

1. *Enabling Low-Cost RFID Systems,* presented at AutoID'02, Third Workshop on Automatic Identification Advanced Technologies, White Plains, New York, USA. March 2002.

2. *RFID Commercialization and Deployment,* presented at Design and Developers Forum, Globecom 2004, Dallas, TX, USA. December 1, 2004.

3. *Secure RFID,* presented at RFID Integrated Supply Chains 2008 Symposium, Baylor University, Waco, TX, USA. September 18, 2008.

4. *The Security Challenge of RFID Systems: Feasible Encryption for Passive UHF RFID Systems,* presented at CJK+T Auto-ID Labs Workshop, NTUST, Taipei, Taiwan, December 13, 2009.

5. *The Security Challenge of RFID Systems,* presented at 2009 Asia Pacific International Conference on RFID and Exhibition, Taipei International Convention Center, Taipei, Taiwan, December 15, 2009.

6. *Securing Automated Identification Systems,* the 2011 Auto-ID Institute, University of Ohio, Athens, OH, USA, July 15, 2011.

7. *Security and Automated Identification Systems,* the 2012 Auto-ID Institute, University of Ohio, Athens, OH, USA, July 13, 2012.

8. *Bringing Security to Passive UHF RFID: The HB2 Case Study,* presented at the 2012 Internet of Things Conference, Wuxu, China, October 22, 2012.

9. *Security and the Internet of Things (IoT) Systems,* the 2014 Auto-ID Institute, University of Memphis, Department of Engineering Technology, Memphis, TN, USA. June 2014.

10. *Security and Privacy in an Internet of Things World,* presented at IEEE International Conference on RFID Brasil, Sao Paulo, SP, Brazil, September 25, 2014.

## Academic Conference Workshop Tutorials

1. *Malleable Caches for Data Intensive Computing,* presented at SBCCI 2000, 13th Symposium on Integrated Circuits and Systems Design, September 2000.

## Selected Invited Presentations

1. *Passive RFID Adoption,* presented at RFID World Asia, Singapore, April 27, 2006.

2. *The Impact of RF Radiation on Protein Efficacy,* presented at the Academic Convocation, RFID Journal Live! 2006, Las Vegas, NV, USA, May 1, 2006.

3. *Finding the Lost World: Improving Patient Safety without Chipping Activists,* presented to RFID Tribe, July 14, 2006.

4. *The Physics of RFID: A Manager's Perspective,* presented at RFID World, Grapevine, TX, USA, March 26, 2007.

5. *Serialization and Simple Data Management in an RFID-Enabled World,* presented at RFID World, Grapevine, TX, USA, March 28, 2007.

6. *RFID (Technology) Opportunities for Healthcare and Pharmaceuticals,* invited speaker at the University of Texas, Dallas, Dallas, TX, USA, June 20, 2007.

7. *RFID Today,* invited speaker at the RFID Pharmaceutical Training Conference, University of Florida, Gainesville, FL, USA, February 4, 2008.

8. *RFID Opportunities in Healthcare,* presented at 2008 Arab RFID Conference, Dubai, UAE, October 12, 2008.

9. *Radio Frequency Identification (RFID),* invited speaker at the University of Campinas (UNICAMP), Campinas, SP, Brazil, October 24, 2008.

10. *Practical Passive RFID,* invited speaker at the University of Louisville, Louisville, KY, USA, November 6, 2008.

11. *RFID Security: Understanding the Real Issues,* invited speaker at the University of Louisville, Louisville, KY, USA, November 6, 2008.

12. *Current and Future Challenges, or What Does the Magic 8 Ball Say?,* invited speaker at the UF Academic Cold Chain '09 Pharmaceutical Conference, University of Florida, Gainesville, FL, USA, February 9, 2009.

13. *Securing the Edge of the Network,* invited speaker at Southern Methodist University, Dallas, TX, USA, October 27, 2010.

14. *The Technology Powering IoT,* presented at RFID Journal Live!  2013, Orlando, FL, USA, May 2, 2013.

15. *Merging the Worlds of Bits and Atoms,* invited speaker at Southern Methodist University, Dallas, TX, USA, June 10, 2013.

16. *RFID: The Shark or the Goldfish,* invited speaker at the University of South Florida, Department of Electrical Engineering, April 2014.

17. *On Security with the New Gen2 RFID Security Framework,* invited speaker at Fudan University, Micro-Electronics Institute, Shanghai, China, July 26, 2014.

DANIEL W. ENGELS, PH.D.                    CURRICULUM VITAE    33

18. *Security and Privacy in an Internet of Things World,* invited speaker at Industry of IC Design in Shanghai (ICC), Shanghai, China to the Shanghai RFID and IoT Alliance, July 28, 2014.

19. *Cybersecurity,* invited speaker at IEEE and MEANT Envision 2025, 3rd National Conference on Emerging Trends in Engineering, Richardson, Texas, USA, October 10, 2015.

**APPENDIX 1 - 33**